UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 17-00404-AB | | Date | August 28, 2017 |
|---|---|---|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Interpreter | N/A |
|---|---|

| Carla Badirian | Chia Mei Jui | Vanessa Baehr-Jones |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Arlan Wesley Harrell | √ | √ | | 1) DFPD, Pedro V Castillo | √ | | √ |

**Proceedings:**  ARRAIGNMENT ON FIRST SUPERSEDING INDICTMENT AS TO DEFENDANT ARLAN WESLEY HARRELL;
BAIL REVIEW AS TO DEFENDANT ARLAN WESLEY HARRELL;
(Held and Completed)

Also present is Pretrial Services Officer Amy Kerbeck and Special Agent Diane Asato, Department of Homeland Security.

Defendant Arlan Wesley Harrell is arraigned on the First Superseding Indictment, states that his true name is as charged.  Defendant Arlan Wesley Harrell pleads not guilty to Counts 1, 2 – 12 and 17 of the First Superseding Indictment. The Court accepts the plea of not guilty.

Court and counsel confer regarding the status of the case, including discovery and trial.

Regarding Defendant Arlan Wesley Harrell's Application for Review/Reconsideration of Order Setting Conditions of Release/Detention (Dkt. No. 58), the Court has reviewed and considered the report submitted by Pretrial Services and the papers and evidence submitted by parties.  The Court invites counsel to present their oral arguments.   Arguments by counsel are heard. *A sealed hearing was held. The transcript to this portion of the proceeding is ordered sealed unless otherwise ordered by the Court.*  The Court DENIES the application. The Court finds that there is no condition or combination of conditions that would reasonably assure the appearance and safety of the defendant's appearance and the safety of the community if defendant were released.  Defendant Arlan Wesley Harrell is ORDERED to remain in custody pending trial in this matter.

Upon stipulation of counsel and approval by the Court, the trial in the above matter, is continued to Tuesday, March 13, 2018 at 8:30 am**.**

The defendant is questioned; waives speedy trial time and agrees with the new trial date. The Court accepts the waiver.  Government counsel is ordered to prepare and submit a "Speedy Trial" stipulation and order addressing excludable time.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

CC: Court Reporter, Chia Mei Jui

|  | 00 | : | 20 |
|---|---|---|---|
| Initials of Deputy Clerk | CB | | |