Pedro V. Castillo, DFPD (SB#167060)
OFFICE OF THE FEDERAL PUBLIC DEFENDER
321 E. 2nd Street, Los Angeles, CA 90012
Telephone: (213) 894-2980 Fax: (213) 894-0081
E-mail: Pedro_Castillo@fd.org

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR17-00404-AB-1 |
| v. | |
| ARLAN WESLEY HARRELL. | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

1) Exhibit A- DVD recording of Arlan Wesley Harrell interview.

2) Exhibit B-written transcript of DVD recording of Arlan Wesley Harrell Interview

**Reason:**

☑ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| August 9, 2019 | s/Pedro V. Castillo |
|---|---|
| Date | Attorney Name |
| | Arlan Wesley Harrell |
| | Party Represented |

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*