KIM SAVO (Bar No. 223197)
Deputy Federal Public Defender
(E Mail: Kim_Savo@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 17-404-AB |
| ARLAN WESLEY HARRELL | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑Filed  ☐Lodged:  (**List Documents**)

EX PARTE APPLICATION TO FILE UNDER SEAL ;
[PROPOSED] ORDERS [IN THE ALTERNATIVE];
DEFENDANT HARRELL'S POSITION RE SENTENCING; DECLARATION; EXHIBITS

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

February 7, 2022
Date

s/ Kim Savo, Deputy Federal Public Defender
Attorney Name

Arlan Wesley Harrell
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING