TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER/CHRISTOPHER D. GRIGG
Assistant United States Attorneys
Chiefs, Criminal/National Security Divisions
KAREN I. MEYER (Cal Bar No. 220554)
DEVON MYERS (Cal. Bar No. 240031)
Assistant United States Attorney
VOCS/Cyber & IP Crimes Section
    1300/1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8559/0649
    Facsimile: (213) 894-2927
    E-mail:    devon.myers@usdoj.gov
               kim.meyer@usdoj.gov

LAUREN S. KUPERSMITH
KYLE P. REYNOLDS
Trial Attorneys
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
    1301 New York Avenue, NW
    Washington, DC 20005
    Telephone: (202) 514-1564
    Facsimile: (202) 514-1793
    Email:    lauren.kupersmith@usdoj.gov
               kyle.reynolds@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-404(B)-AB-1 |
|---|---|
| Plaintiff, | GOVERNMENT'S SENTENCING POSITION REGARDING DEFENDANT ARLAN WESLEY HARRELL; EXHIBITS A-K |
| v. | |
| ARLAN WESLEY HARRELL, et al., | **[UNDER SEAL]** |
| Defendants. | |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Devon Myers and Karen

1  I. Meyer, and Department of Justice Trial Attorneys Lauren S.

2  Kupersmith and Kyle P. Reynolds , hereby files its Sentencing

3  Position related to defendant Arlan Wesley Harrell.

4      This Sentencing Position is based upon the attached memorandum

5  of points and authorities, the attached exhibits A-K, the files and

6  records in this case, the Presentence Report, the sentence

7  recommendation letter, and such further evidence and argument as the

8  Court may wish to consider at the hearing.  The government reserves

9  the right to file a reply brief.  The government requests that the

10 Court set over the restitution hearing for 90 days.

11

12  Dated: February 4, 2022            Respectfully submitted,

13                                     TRACY L. WILKISON
                                       United States Attorney
14
                                       SCOTT M. GARRINGER/CRISTOPHER D.
15                                     GRIGG
                                       Assistant United States Attorney
16                                     Chiefs, Criminal/National Security
                                       Divisions
17

18                                     _____
                                       DEVON MYERS
19                                     KAREN I. MEYER
                                       Assistant United States Attorneys
20
                                       Attorneys for Plaintiff
21                                     UNITED STATES OF AMERICA

22

23

24

25

26

27

28

## TABLE OF CONTENTS

**Contents**

MEMORANDUM OF POINTS AND AUTHORITIES.................................1

I.    INTRODUCTION....................................................1

II.   DEFENDANT ACTIVELY PARTICIPATED IN A WEBSITE DEVOTED TO
      HARMING CHILDREN AND CREATED CHILD SEXUAL ABUSE MATERIALS
      OF 20 VICTIMS...................................................3

      A.    Defendant Advertised And Distributed Child Pornography
            On A Website Devoted To The Sexual Exploitation Of
            Children Zero To Five Years Old...........................3

      B.    Defendant Traveled Halfway Across The State To
            Sexually Abuse His Three-Year Old Charge With Co-
            Defendant Brinson And To Abuse Two Additional Victims
            Provided By Brinson.......................................7

            1.    Defendant's Abuse Of Minor Victim 11................8

            2.    Defendant Abused Victims Provided By Brinson,
                  Minor Victims 3 and 12.............................9

      C.    Defendant Sexually Abused Most Of The Young Children
            To Whom He Had Access And Documented It..................11

            1.    Defendant Created Videos Of Him Anally
                  Penetrating Minor Victim 5 With His Penis And
                  Other Forms Of Abuse When She Was No More Than
                  Two Years Old......................................11

            2.    Defendant Masturbated And Anally Penetrated Minor
                  Victim 6 with Defendant's Penis When The Child
                  Was Two Years Old Or Younger.......................13

            3.    Defendant Babysat Minor Victim 7 And Documented
                  His Sexual Abuse Of The Young Boy..................13

            4.    Defendant Orally Copulated Minor Victim 8, Who
                  Was Two Years Old..................................14

            5.    Defendant Created Child Sex Abuse Material Of
                  Minor Victim 9, Who Was Four Years Old Or Younger...15

            6.    ███████████████████████████ tims 16 And 17, Who Are
                  ...................................................15

            7.    Defendant Molested Minor Victim 18 Who Was No
                  Older Than Three...................................16

            8.    Defendant Created Child Sexual Abuse Material of
                  Minor Victim 20 In A Public Restroom...............16

D.    Defendant Expl⬛⬛⬛ Of The Six Children
That Attended ⬛⬛⬛⬛⬛⬛⬛...................17

     1.    Defendant Anally Penetrated Minor Victim 10 With
His Finger.........................................17

     2.    Defendant Abused Minor Victim 13 And Had Her Hold
Placards To "Advertise" His Work..................18

     3.    Defendant Ejaculated On Minor Victim 14 And
Distributed Images Of Her Online..................19

     4.    Defendant Created Child Sexual Abuse Material Of
Minor Victim 15 For Distribution..................19

     5.    Defendant Sexually Abused Minor Victim 19 With An
Eye To Distribute The Documentation Of Her Abuse....20

E.    Defendant Created Child Sexual Abuse Material While
Chaperoning A Kindergarten Class Trip....................20

     1.    ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛..........21

     2.    Defendant Brazenly Created Child Sexual Abuse
Material Of Minor Victim 22 and 23 While The
Children Were Changing............................23

F.    Defendant Possessed More Than 100,000 Images Of Child
Sexual Abuse Material....................................24

III.   ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛25

IV.    THE DEFENDANT'S TOTAL OFFENSE LEVEL IS 53, WHICH IS
UNDERSTATED.................................................27

V.    THE COURT SHOULD SENTENCE DEFENDANT TO LIFE IMPRISONMENT......30

A.    The Crimes Here Are Evil.................................30

     1.    Defendant Abused Twenty Victims, Which Was Just
About Every Child To Whom He Could Gain Access......30

     2.    Defendant's Abuse Involved Sexual Penetration Of
Babies And Degrading Exploitation..................32

     3.    Defendant Shared Documentation Of The Abuse And
Counseled Others About The Need To Avoid
Identification By Law Enforcement..................33

B.    Defendant's Characteristics..............................36

        C.    A Life Sentence Is The Only Way To Protect The
              Community From Defendant................................36

VI.   CONCLUSION.................................................37

# TABLE OF AUTHORITIES

**STATUTES**

18 U.S.C. § 2252(a).................................................28

18 U.S.C. § 2252A(a)................................................28

18 U.S.C. § 3553(a)..................................................3

**OTHER AUTHORITIES**

U.S.S.G. § 3D1.4....................................................28

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

**I.   INTRODUCTION**

Defendant Arlan Wesley Harrell ("Arlan Harrell" or "defendant") created child sexual abuse material of twenty victims, ranging from babies to nine years old.  Nine of his victims were four years of age or younger.  Another ten of his victims were seven years of age or younger.  Defendant abused his victims in numerous ways, including by molesting their genitals, by orally copulating them, by ejaculating on them, by penetrating their anuses with his fingers and penis.  He filmed and shared these acts on Website A on the dark web, which is a network specifically designed and used to facilitate anonymous and hidden communication over the Internet.  He also had countless victims connected to his possession count, Count 24, almost all of whom were prepubescent and many of whom were infants or toddlers.

Defendant abused children that he babysat, he abused children who attended ███████████ daycare, and he abused children while chaperoning a school trip.  He abused ██████████ he had known since their birth and he abused children he had just met.  Every child he encountered was in danger from him, and unfortunately, he encountered many.  He met co-defendants John Brinson ("Brinson") and Moises Martinez ("Martinez") on the dark web and they bonded over their shared interest in sexually abusing children in their care. But their relationship extended beyond the dark web to in-person meetups where they would share the children in their care to sexually abuse them together.

Defendant destroyed multiple families through his rampant and brazen abuse of those he was supposed to care for and protect. Having even one child abused in the way defendant violated his

victims is too many – but 20 victims is hard to even conceive. Beyond the emotional toll of the repeated rape and abuse, defendant also subjected most of his victims to the lifetime horror of having these recordings forever circulating within the pervasive distribution system of child sexual abuse material. Defendant is evil in a way most people cannot even imagine – he violated the most innocent victims in the most degrading and cruel ways.

Importantly, the conduct described above and below in no way comes close to capturing the extent of defendant's crimes. For all of Harrell's victims to whom he had access for more than a day, Harrell produced anywhere from dozens to hundreds of images and videos of each of them engaging in sexually explicit conduct, and yet he is only charged with one count per production victim. The exact number of his acts of production per victim is difficult to quantify due to the breadth of his activity, the expanse of his collection, and the manipulation of files to hide his activity. To illustrate, of the 22 devices that were examined by the forensic investigator, at least half of them (totaling 1,682 GB of data) contained evidence of images and videos that Harrell produced of his victims, including those produced specifically for Website A or to share privately with other offenders. His collection of sexually explicit material of his victims was catalogued across these devices in various folders and subfolders, sometimes with names indicating the nicknames he gave his victims, the sexual acts performed, or with whom he shared them. At the time of his arrest, defendant possessed more than 100,000 images of child sexual abuse material, thousands of which he created himself.

1    As explained in more detail below, defendant's guideline

2  calculation is literally off the chart - by 10 levels - and it too

3  underrepresents his criminal conduct.  Thus, defendant's total

4  offense level of 53, much less the 10-level reduction he receives

5  just because the Guidelines do not go higher than level 43, does not

6  capture most of his crimes.

7    Defendant is horror incarnate ██████████████████.

8  There is no way to ensure the community could ever be safe from

9  defendant other than lifetime imprisonment.  Beyond protecting the

10  public from further crimes of the defendant, the seriousness of his

11  offenses necessitates a life sentence to promote respect for the law,

12  provide just punishment, and afford adequate deterrence to criminal

13  conduct of this nature.  18 U.S.C. § 3553(a)(2)(A)-(C).  Accordingly,

14  the government requests that the Court sentence defendant within the

15  applicable Guideline range of life.[1]

16  **II. DEFENDANT ACTIVELY PARTICIPATED IN A WEBSITE DEVOTED TO HARMING**

17    **CHILDREN AND CREATED CHILD SEXUAL ABUSE MATERIALS OF 20 VICTIMS**

18    **A. Defendant Advertised And Distributed Child Pornography On A**

19      **Website Devoted To The Sexual Exploitation Of Children Zero**

20      **To Five Years Old**

21    Defendant was a member of Website A, which is an internet-based,

22  members only bulletin board dedicated to the production,

23  advertisement, transportation, receipt, distribution, and possession

24  of child sexual abuse material of children five years old or younger.

25  (Docket Entry ("DE") 319, Presentence Report ("PSR") ¶ 15.)  Website

26

27  ──────────────

28    [1] Specifically, life imprisonment for counts 1 and 2, 360 months
    on counts 3-5, and 7-23, and 120 months on count 24, all such terms
    to be served concurrently.

1    A had over one thousand members and operated on a network that masked

2    each member's Internet Protocol address.  (<u>Id.</u> at ¶ 16.)  Defendant

3    followed Website A's protocols to use screen names to mask identities

4    and followed particular security rules to remain anonymous.  (<u>Id.</u>)

5    He made posts on Website A under the name ████████ but also used

6    additional aliases on other dark-web based sites and anonymous

7    communication programs, including ████████ and ████████████

8    (<u>Id.</u>; <u>see</u> DE 276 at 10.)

9        Defendant joined Website A on approximately February 12, 2016,

10   and he made approximately 155 posts on the website.  (<u>Id.</u> at ¶ 21.)

11   The posts defendant made included distribution and advertisement of

12   sexually explicit images and videos he created of Minor Victim 14,

13   Minor Victim 5, and Minor Victim 6.  (<u>Id.</u> at 22.)

14       On defendant's first day on the website, February 12, 2016, he

15   made the following post in which he explained that he has a large

16   amount of child sexual abuse material to contribute because **he has**

17   **been creating it for a long time** and will regularly upload material:[2]

18

19   **HI**
     □by ████ ► Fri Feb 12, 2016 7:38 pm                                        ❝

20   Hey
     I just wanted to say Hi to the first fully functioning baby/tot community that I have ever come across since I have been on the

21   web. I look forward to chatting with you all around the boards and seeing some nice additions the the pedophile community. I
     have to say that Im actually kinda shocked by the low post count of content since I figured there would be a lot more within our

22   AOA out there but fear not I have tons of content to contribute since I have been at theis a while. I will begin uploading my
     content which ranges from boys and girls from 0-5 while I safely edit my own content as well. While most of it has been shared

23   before there is no real hub for baby/toddler content this seems like the perfect place to upload. I will try to get on a schedule
     and upload at least 1-2 pic sets or vids every 3 days or so sometimes more.
     Stay safe stay happy

24   Cheers from ████

25

26   ──────────────────
         [2] These screenshots of posts are copied from the portions of

27   Website A that the government has in its possession and made
     available to the defense.  The government will make them available to
     the Court if the Court so requests.  All images and videos referenced

28   herein, along with any others from the case, are also available for
     the Court's review upon request.

                                        4

1      On November 3, 2016, defendant posted images of Minor Victim 14

2  on Website A.  (PSR at ¶ 25.)  The post included preview images that

3  depicted a close up of Minor Victim 14's genitals in the center of

4  the image.  (Id.)  The post included a link for a user to download

5  full-sized versions of the images. (Id.)  As his post indicates

6  below, Minor Victim 5 was just four years old in the images he posted

7  and shared to other offenders, telling them to "enjoy" her.  (Id.)

8  Defendant's post promised to try to bring others to Website A and

9  warned others to be careful to avoid being caught:



18      Another one of defendant's posts was on January 12, 2017, when

19  defendant made available images of Minor Victim 5's up-close,

20  unclothed genitals being spread by defendant's fingers.  (PSR ¶ 26.)

21  Defendant provided a link so a user could obtain the full-sized

22  images.  (Id.)  Minor Victim 5 was less than two years old at the

23  time of the post.  (Id.)  Defendant's post indicated that he would

24  provide more material soon (id. ¶¶ 26, 37):

1   Defendant made another post on April 15, 2017, that included

2   links to two image previews of video files and links to those files.

3   (PSR ¶ 27.)  One of the videos depicted Minor Victim 6 being anally

4   penetrated by defendant's penis.  (Id.)  Minor Victim 6 was less than

5   three years old at the time of the post.  (Id.)  In defendant's post

6   titled, "███████ 3YR ANAL FUN," he wrote how there "is nothing more

7   special then [sic] when your boy makes the choice to give himself to

8   you":[3]

9

10  ███3YR ANAL FUN

    Locked 🔒   🔧 ▼   Search this topic...   🔍 ⚙

11  ███3YR ANAL FUN                                    ! " 👍

12  □by ███ Sat Apr 15, 2017 5:07 am
    Had a little fun with my boy this past week and after a little thought and discussion we decided to proceed with our next step in

13  exploration. There is nothing more special then when your boy makes the choice to give himself to you. For those lucky enough to
    share a moment like this with your special friend or friends remember to cherish it always................And dont forget to share XD
    Hope you all like enjoy and be safe
14  P.S 2 Picks one before one after all in the same file

15  (Id. ¶ 45.)

16  In addition to his posts, defendant's profile page on Website A

17  provided that his "AoA," a.k.a. "Age of Attraction" was "0-5yo and

18  older" and that his 1st Fetish is "Cum in mouth" and his 2nd Fetish

19  is "Undies."[4]  Defendant's profile picture (which was displayed with

20  every post on the website) was a cropped photograph of a toddler's

21  _____

22      [3] The government anticipates that defendant may argue that the
    harm to his victims is somehow mitigated because many of his victims
23  were too young to remember the abuse he inflicted.  But defendant's
    delusion that the harm he caused was in anyway minimized by their
24  young ages matches the delusion that a three-year old child can
    consent to anal rape as stated in his post. Additionally, posting
25  this abuse online and making it available for countless other
    offenders to view and download for their own perversions in
26  perpetuity belies any claim that the impact of his crimes was
    confined to a time when he inflicted the physical pain of the abuse.

27      [4] This was posted and made available for anyone on Website A to
    see.  It was captured and made available to the defense in the same
28  way as the post excerpts.  It is also available for the Court to
    review upon request. .

1    genitals (Minor Victim 10) with a handwritten sign propped under the

2    toddler's penis on top of his diaper that said "██████ 4 [heart]

3    [Website A]."  (PSR ¶ 65.)

4         **B.   Defendant Traveled Halfway Across The State To Sexually**

5              **Abuse His Three-Year Old Charge With Co-Defendant Brinson**

6              **And To Abuse Two Additional Victims Provided By Brinson**

7         On September 24, 2016, defendant took custody of Minor Victim 11

8    from the child's grandmother and with the child's mother's

9    permission.  (PSR ¶ 28; <u>see</u> ROI 16 dated Dec. 20, 2017, a true and

10   correct copy of which is attached hereto as **Ex. A** at 003.)[5]

11   Defendant then drove to Fresno, California with Minor Victim 11 – who

12   was three years old at the time – to abuse him with co-defendant

13   Brinson.  (PSR ¶ 28.)

14        Co-Defendant Brinson brought Minor Victims 3 and 12 to his

15   residence so that all three children were together.  (<u>Id.</u> ¶ 29.)

16   Minor Victims 3 and 12 were the sons of ████████████████ of co-

17   defendant Brinson and they called him ██████."[6]  (<u>Id.</u>)  Defendant and

18   co-defendant Brinson then sexually abused all three children and

19   produced child sexual abuse material documenting and preserving their

20   joint abuse of these three victims.  (<u>Id.</u>)  Defendant and co-

21   defendant Brinson also documented this trip in a photograph of all

22   the children together with them:[7]

23

24   ──────────────

25        [5] Page citations are to the "Govt Sentencing" pagination at the
     bottom of the page.

26        [6] Co-defendant Brinson made Minor Victim 3 available for abuse
     by the three other defendants in this case.

27        [7] This is "i██████████.jpg" from one of defendant's digital
     devices.  It show██████████ Brinson on the left, with (from left to
28   right) Minor Victim 12, Minor Victim 3, and Minor Victim 11 crowded
     around defendant, who is sitting down.

                                       7

1.   <u>Defendant's Abuse Of Minor Victim 11</u>

Defendant told Minor Victim 11's grandmother that he wanted to take the child to a birthday party at the time he made this trip to Fresno.  (Ex. A at 003-04).)  Defendant claimed that he would spend the night at the girl's house who was having the party.  (<u>Id.</u>)  The grandmother recalled that when defendant brought Minor Victim 11 home, there was a lot of candy as well as balloons in his backpack. (<u>Id.</u> at 5.)[8]

Defendant and Brinson both abused Minor Victim 11 on the trip to Fresno.  For example, in connection with Minor Victim 11, defendant and Brinson created a video that depicts defendant fondling Minor Victim 11's penis while Brinson inserts his finger into the child's anus.  (PSR ¶ 31.)  In another video that the defendants created, it

---

[8] Chats among these defendants reveal that they used candy or toys to bribe the children not to disclose their abuse.

8

shows defendant orally copulating Minor Victim 11's penis while co-defendant Brinson is digitally penetrating his anus.  (<u>Id.</u>)

Several of the images of this victim were recovered from defendant's digital devices with handwritten signs featuring defendant's alias from Website A and/or the name of Website A and/or the names of other users of that website.  (<u>Id.</u> ¶ 32.)  This indicates that defendant produced many of the images specifically for distribution on Website A and to share with others.  (<u>Id.</u>)

Indeed, when law enforcement interviewed Minor Victim 11's mother, she identified the toddler in seven different sanitized photographs that law enforcement recovered from a target in a foreign country.  (<u>See</u> Ex. A at 004-7.)  At least one of these images depicted Minor Victim 11 when he was an infant: "███████████ ███.mp4."  (<u>Id.</u> at 007.)

Beyond the joint production with co-defendant Brinson, defendant recorded various other sexual acts he inflicted on Minor Victim 11 at other times by himself.  Minor Victim 11 also told his mother once that "███ Arlan's penis tastes nasty."  (<u>Id.</u> at 002.)  This indicates that, beyond the acts defendant inflicted on Minor Victim 11's body, defendant also made the toddler orally copulate defendant's penis.

2. <u>Defendant Abused Victims Provided By Brinson, Minor Victims 3 and 12</u>

In addition to abusing Minor Victim 11, defendant abused Minor Victim 12 and Minor Victim 3 during the September 2016 trip and at

1    least one other occasion when he traveled back to Fresno (this time

2    without a child victim of his own).[9]  (See e.g., PSR ¶ 29-30.)

3         For example, defendant created a video of his hands holding his

4    own penis while he anally penetrated Minor Victim 3.  (Id. ¶ 33.)  In

5    another video, titled ▮▮▮▮▮▮▮▮▮▮.mp4," Brinson and Harrell

6    created a recording of defendant orally copulating Minor Victim 3's

7    penis.  (Id.)  Another video depicts defendant using his hand to

8    molest Minor 12's penis.  (Id. ¶ 34.)  Brinson distributed images of

9    Minor Victim 3 and Minor Victim 12 on Website A, including images

10   that he produced with defendant.  (Id. ¶¶ 33-34.)[10]

11        In addressing the harms that defendant caused to their children,

12   Minor Victims 3 and 12's parents write about what defendant took from

13   those little boys.  ▮▮▮▮  their father, writes that "[t]here's not a

14   sentences [sic] that this court can give that will give back to these

15   children what you took from them."  (See **Ex. B**, a true and correct

16   copy of ▮▮▮▮  victim impact statement ("VIS") at 008.) He continues:

17        My children, nor no other person's child, should NEVER have

18        been put in the position that they were in.  **You people**

19        **deceived us parents that was trusting and believing in you,**

20        **that you were good people trying to be there for children.**

21        **You are just as sick, a monster, like the others**.  I pray

22        that one day you as well as your co-defendants will

23

24   ───────────────

25        [9] Minor Victim 11's mother recalled that defendant asked
     permission to take her kids to a birthday party in Northern
26   California but she declined because it was her first Easter off of
     work.  (Ex. A at 002.)  This could indicate that defendant wanted to
27   bring victims back to Northern California with him for this trip to
     Fresno, but did not have access to the children.

28        [10] The PSR indicates that it was defendant who distributed images
     of Minor Victim 3 on Website A but it was co-defendant Brinson.

1      understand that you shouldn't be able to breathe the same

2      air that these children breathe.  You don't deserve it.

3  (Id. (emphasis added).)    Their mother writes ███████████

4  ███████████████████████████████████████████████████████████

5  ██████████████████████████████████   ███████   ███████████

6  ███████████████████████████████████████████████████████████

7  ███████████████████████████████████████████████████████████

8  ███████████████████████████████████████████████████████████

9  ███████████████████████████████████████████████

10 ███████████████████████████████████████████████████

11 ███████████████████████████████████   "I don't even know all the

12 ways that what Harrell and these other evil men did to [Minor Victim

13 3 and 12] will show up in their lives."  (Id. at 009.)

14      The child sexual abuse material created by defendant of these

15 victims described above, along with all of the material described

16 below for his other victims, are only a sampling of the recordings of

17 abusive acts inflicted by defendant that were recovered.

18      C.   **Defendant Sexually Abused Most Of The Young Children To**

19           **Whom He Had Access And Documented It**

20           1.   Defendant Created Videos Of Him Anally Penetrating

21                Minor Victim 5 With His Penis And Other Forms Of Abuse

22                When She Was No More Than Two Years Old

23      Beyond the child sex abuse material of Minor Victim 5 that

24 defendant made available on Website A, he made additional videos

25 documenting his abuse of Minor Victim 5, who was two years old or

26 younger at the time.  (PSR ¶¶ 37-43.)  For example, a file titled,

27

28

11

1    "███████████████.mp4,"[11] depicts defendant anally penetrating Minor

2    Victim 5 with his penis and then ejaculating on Minor Victim 5's

3    vagina.  (Id. ¶ 39.)

4         Another video shows Minor Victim 5 lying on her back holding a

5    plush toy.  (Id. ¶ 40.)  Defendant then opens the baby's onesie,

6    slides her diaper to the side, and manipulates her genitals with his

7    fingers.  (Id.)

8         In yet another video, the baby is naked and lying on her side

9    while defendant orally copulates her.  (Id. ¶ 41.)  Defendant's face

10   is visible in the video.  (Id.)

11        The child's grandmother recalled that defendant was often at

12   Minor Victim 5's mother's house to babysit.  (Id. ¶ 44.)  Indeed,

13   according to her, defendant spent the night there often and would

14   always take the child into another room when changing her diaper.

15   (Id.)

16        Here is a photograph that defendant took of himself and this

17   victim:[12]

18
19
20
21
22   
23
24
25
26

27   ─────────────────
        [11] ███████████████████████████████

28        [12] This is image_"██████████.jpeg" recovered from one of defendant's
     digital devices.

                                    12

1
2
3

      2.   <u>Defendant Masturbated And Anally Penetrated Minor Victim 6 with Defendant's Penis When The Child Was Two Years Old Or Younger</u>

4
5
6
7
8
9

    The video that defendant made available on Website A in connection with his post titled ████ 3YR ANAL FUN," described above, depicted Minor Victim 6.  (<u>Id.</u> ¶¶ 45-46.)  Law enforcement was able to download the video from the links that defendant made available on Website A and also recovered the video from defendant's digital devices.  (<u>Id.</u> ¶ 46.)

10
11
12
13

    Another video, which defendant named ████████ .mp4," depicted Minor Victim 6 lying on a carpet while defendant masturbates the victim's penis.  (<u>Id.</u> ¶ 47.)  Defendant often babysat this victim.[13]

14
15
16
17
18
19
20

███████████

21
22

      3.   <u>Defendant Babysat Minor Victim 7 And Documented His Sexual Abuse Of The Young Boy</u>

23
24
25

    Defendant babysat Minor Victim 7.  (PSR ¶ 50.)  Several of the images of this victim that law enforcement recovered from defendant's digital devices featured handwritten signs with defendant's Website A

26
27
28

---

    [13] File titled "█.JPG" from one of defendant's digital devices and depicting Minor Victim 6.  The background of the photograph is defendant's residence.

username and the name of Website A.  (Id. ¶ 51.)  That indicates that defendant created the images with the intent to distribute them. (Id.)  Defendant created "███████████.jpg," which is a collection of 21 smaller images depicting portions of Minor Victim 7's body, including one with defendant's fingers squeezing the child's penis.  (Id.)

As another example, defendant also created a video of this victim titled "███████.mp4," which depicts the child's whole body, including his face.  (Id. ¶ 53.)  Defendant pulls Minor Victim 7's underwear down and molests the child's penis before turning him around to expose his buttocks.  (Id.)  Minor Victim 7 was no more than six years old during the relevant time period.  (Id. ¶ 54.)

4.   Defendant Orally Copulated Minor Victim 8, Who Was Two Years Old

Defendant babysat Minor Victim 8.  (Id. ¶ 55.)  Indeed, this baby's parents recalled leaving their children with defendant in August 2016, so they could go to the movies.  (See Report of Investigation ("ROI") 005 dated August 1, 2017, at 014, a true and correct copy of which is attached hereto as Ex. D.)  They remembered when they returned home that their baby girl would not stop crying and defendant ran out of the house.  (Id.)  At all relevant times, Minor Victim 8 was two years old.  (PSR ¶ 57.)

Defendant created a video of Minor Victim 8 titled "███████████ .mp4."  (Id. ¶ 56.)  In that video, defendant penetrates Minor Victim 8's vagina with his tongue.  (Id.)  As with the other victims, this video is just one example of defendant's production and abusive conduct with this victim.

5.    <u>Defendant Created Child Sex Abuse Material Of Minor</u>
<u>Victim 9, Who Was Four Years Old Or Younger</u>

Minor Victim 9 is Minor Victim 8's ███████. (<u>See</u> Ex. D at 014.)
Defendant also babysat this victim. (<u>Id.</u>; PSR ¶ 58.) Indeed, Minor
Victim 9's parents recalled a time when defendant took their son for
a few hours to ostensibly go see a movie. (Ex. D at 014-15.) But
when they texted defendant, he did not respond and they were not able
to get a hold of him for several hours. (<u>Id.</u>) When defendant
returned with Minor Victim 9, he told the child's parents that they
did not go to a movie and went to Toys R Us instead. (<u>Id.</u>)

In one video involving this victim, titled "███████.mp4,"[14]
Minor Victim 9 says "hi" to the camera before defendant pushes down
the child's underwear and begins orally copulating the child's penis.
(PSR ¶ 59.) Another video titled "███████████.mp4," shows Minor
Victim 9 lying on his stomach with his buttocks exposed. (<u>Id.</u> ¶ 60.)
Defendant penetrates the child's anus with a finger covered in a blue
medical glove. (<u>Id.</u>) At all relevant times, Minor Victim 9 was four
years of age or younger. (<u>Id.</u> ¶ 61.)

6.    <u>Defendant Abused Minor Victims 16 And 17, Who Are</u>
<u>████████████████</u>

Minor Victims 16 and 17 ███████████████████. (<u>See</u>
Ex. A at 2.) Indeed, these victims' mother described defendant "as
the fun ██████ and said that he was her back up babysitter. (<u>Id.</u>;
<u>see also</u> PSR ¶¶ 82, 85.) Defendant told her that he wanted each of
her children to "have their own special day" so he would take the

---

[14] ████████████████████████████████████
██████████████

kids off individually to spend time with them.  (Ex. A at 002.)
Defendant would also randomly show up at her house.  (<u>Id.</u> at 002-03.)

As an example of his abuse of Minor Victim 16, defendant
produced a video that he named "████████.mp4," which depicts
defendant orally copulating Minor Victim 16's penis.  (PSR ¶ 81.)
Minor Victim 16 was nine years old or younger at all relevant times.
(<u>Id.</u> ¶ 83.)

As an example of his abuse of Minor Victim 17, defendant created
a video entitled, "████████.mp4," in which defendant orally
copulates Minor Victim 17's penis.  (<u>Id.</u> ¶ 84.) Similarly, "███
████.mp4," depicts defendant placing his mouth entirely on
Minor Victim 17's penis.  (<u>Id.</u>)

          7.   <u>Defendant Molested Minor Victim 18 Who Was No Older</u>
               <u>Than Three</u>

Minor Victim 18 was three years old or younger at all relevant
times.  (<u>Id.</u> ¶ 88.) One example of defendant's abuse of this victim
includes the video defendant created entitled "████████.mp4"
that depicts the toddler lying on a tile floor with his pants and
diaper pulled down while defendant uses his fingers to molest Minor
Victim 18's penis.  (<u>Id.</u> ¶ 87.)

          8.   <u>Defendant Created Child Sexual Abuse Material of Minor</u>
               <u>Victim 20 In A Public Restroom</u>

Defendant created child sexual abuse material of Minor Victim 20
in a public restroom.  (<u>Id.</u> ¶¶ 93-94.)  Minor Victim 20 was no older
than seven years old at all relevant times.  (<u>Id.</u> ¶ 95.)

Defendant created "████████.mp4" that shows Minor Victim 20
changing in a public restroom.  (<u>Id.</u> ¶ 93.)  Defendant zooms in on
the child's genitals after the child removes his pants and underwear.

1    (Id.)  Similarly, "███.jpg" and "███.jpg" are still images that

2    defendant created from the video or took around the same time that

3    depict only Minor Victim 20's naked genitals with his pants pulled

4    down around his thighs.  (Id. ¶ 94.)

5        **D.   Defendant Exploited At Least Five Of The Six Children That**

6             **Attended ███████████████**

7        Defendant's ███████ ran a daycare ████████████████████, and he

8    would help with the children.  (Id. ¶ 62.)  The ███████████████

9    ███████████ roster shows that of the six children enrolled there, five

10   have been conclusively identified as victims here: Minor Victim 10,

11   Minor Victim 13, Minor Victim 14, Minor Victim 15, and Minor Victim

12   19.  (See **Ex. E**, a true and correct copy of ████████████████

13   ██████████ Roster at 016.)[15]

14            1.   Defendant Anally Penetrated Minor Victim 10 With His

15                 Finger

16       Minor Victim 10 attended the ████████████████ Daycare.  (PSR

17   ¶ 62.)  At all relevant times, Minor Victim 10 was under two years of

18   age.  (Id. ¶ 66.)

19       Law enforcement recovered several images and videos of this

20   toddler that contained handwritten signs with defendant's username

21   and the name of Website A.  (Id. ¶ 63.)  That indicates that

22   defendant created these files for the purpose of distributing them on

23   Website A.  (Id.)  Indeed, defendant's Website A profile picture was

24

25   _____

26       [15] The one child who agents did not identify sexual ████████████████ms and ████████████

27   ████████████████████████████████████████████████████████████████y use her or evidence

     of the abuse may not have been recovered.  This child was depicted in

28   images in Harrell's vast collection, but the images did not amount to
     depictions of sexually explicit conduct.

                                    17

Minor Victim 10's genitals with a handwritten sign propped under his
penis and on top of his diaper that read, ████ 4 [heart] [Website
A]." (Id. ¶ 65.)

      As another example, defendant created the video ████████
████████████.mp4," which depicts defendant anally penetrating
Minor Victim 10 with a finger encased in a blue medical glove. (Id.
¶ 64.) Defendant then placed a handwritten sign on the infant's
naked buttocks that reads, "████████ L VL 8 [smiley face]
[initials] XXX." (Id.)

            2.   Defendant Abused Minor Victim 13 And Had Her Hold
                 Placards To "Advertise" His Work

      Minor Victim 13 attended the ████████ daycare and
defendant abused her while she was there. (Id. ¶ 67.) An example of
defendant's exploitation of this victim is "████," which depicts
Minor Victim 13 from below the waist. (Id. ¶ 68.) She is undressed
and appears to be holding her clothes in her hand and her underwear
is pulled down to her knees. (Id.) The focus of the image is on her
genitalia. (Id.)

      Several of the images depicting this victim included handwritten
signs with one of defendant's aliases, "████," and other
indications that he produced these images specifically for
distribution. (Id. ¶ 69.) For example, "████████.jpg" is a
collection of 21 photographs depicting portions of Minor Victim 13's
body with a handwritten sign that provides ████████
████████ – either being held by Minor Victim 13 or
placed on her body. (Id. ¶ 70.) The focus of several of the
photographs is Minor Victim 13's naked genitals. (Id.) At all

relevant times, Minor Victim 13 was six years old or younger.  (Id. ¶ 71.)

### 3. Defendant Ejaculated On Minor Victim 14 And Distributed Images Of Her Online

Minor Victim 14 attended ██████████ daycare.  (Id. ¶ 72.)  Defendant distributed child sexual abuse material that he created of this victim on Website A.  (Id. ¶ 73.)

One of the videos defendant created of this victim, ██████ ██████.mp4," depicts defendant rubbing his penis on the outside of Minor Victim 14's bare buttocks and then slightly anally penetrating her while he ejaculates on her buttocks.  (Id. ¶ 74.)  Minor Victim 14 was no more than six years old at all relevant times.  (Id. ¶ 75.)  Minor Victim 14 is the sister of Minor Victim 10.

### 4. Defendant Created Child Sexual Abuse Material Of Minor Victim 15 For Distribution

Minor Victim 15 was another attendee at ██████████ daycare.  (Id. ¶ 76.)  Defendant called this victim "████" in the child sexual abuse material that he created of her.  (Id. ¶ 77.)  Minor Victim 15 was six years old or younger at all relevant times.  (Id. ¶ 80.)

Many of the files defendant produced of her included handwritten signs and other indications that defendant created them so that he could distribute them.  (Id. ¶ 77.)  For example, one image that depicts a lascivious exhibition of Minor Victim 15's genitals also includes a handwritten sign that reads "████████████ ██████████████"  (Id. ¶ 78.) Another image, "█.jpg," depicts Minor Victim 15's stomach and genitals.  (Id. ¶ 79.)  Her shirt is pulled up and defendant's fingers are pulling

down her shorts and underwear so that her genitals are visible – they
are the focus of the image.  (Id.)

>    5.   Defendant Sexually Abused Minor Victim 19 With An Eye
>         To Distribute The Documentation Of Her Abuse

Minor Victim 19 attended ███████████ daycare.  (Id.
¶ 89.)  At all relevant times, Minor Victim 19 was four years old or
younger.  (Id. ¶ 92.)

Several of the files depicting this victim included handwritten
signs featuring Website A's name – indicating that defendant created
the images specifically to share online.  (Id. ¶ 90.)  For example,
"I█████" is an image that depicts Minor Victim 19's naked chest and
genitals while she is lying on her back.  (Id.)  On her chest is a
handwritten sign that reads, "██████ [heart] [Website A]
Moderator Producer."  (Id.)

Another example of defendant's production with this victim
includes a video he created of Minor Victim 19, "█████████.mp4,"
that depicts Minor Victim 19 lying on her back, holding the bottom of
her dress up so that her genitals are exposed while defendant molests
her vagina, including her labia with his fingers.  (Id. ¶ 91.)
Defendant then rolls her over and spreads her buttocks to expose her
anus.  (Id.)

**E.   Defendant Created Child Sexual Abuse Material While
     Chaperoning A Kindergarten Class Trip**

Shortly before his arrest, in May 2017 defendant chaperoned a
school trip for ███████, Minor Victim 14.  (Id. ¶¶ 96, 106.)  She
was a student at ██████████████.  (See **Ex. F**, a class roster
dated April 3, 2017 for ███████████████████████
███████████████ at 017.)  During the trip, defendant was

20

responsible for the children.  (PSR ¶ 96.)  While the children were
changing, defendant created child sexual abuse material of Minor
Victims 21, 22, and 23.  (<u>Id.</u>)  Defendant took a picture of these
four victims together and saved it in a file named "████████████":[16]

█████████████████████████████████

(<u>Id.</u> ¶ 100.)

        1.   <u>Defendant Abused Minor Victim 21</u> ██████████
████████████████████████████████

    Defendant created a video that he titled "████████████
█ .mp4."  (<u>Id.</u> ¶ 97.)  That video depicts defendant fondling Minor
Victim 21's penis while they were in a public restroom.  (<u>Id.</u>)  Minor
Victim 21 is standing without a shirt and his pants and underwear are
pulled down.  (<u>Id.</u>)  Minor Victim 21 was six years old.  (<u>Id.</u> ¶ 101.)

    In the wake of this abuse, Minor Victim 21's life and his
family's life has changed dramatically.  (<u>See</u> VIS of ██████████
true and correct copies of which are attached hereto as **Ex. G** and **H**
respectively.)  ████   Minor Victim 21's father, wrote that, "it is

---

[16] This is "██ .JPG" which depicts (from left to right) a female
child, Minor Victim 21, Minor Victim 14, Minor Victim 23 (background)
and Minor Victim 22 (foreground).

hard to identify the entirety of the damage that Arlan Harrell has
caused [Minor Victim 21] and our family.  The evil that is Arlan
Harrell has seeped into every aspect of our lives."  (Ex. G at 018.)

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████████████

███████  Minor Victim 21's mother, wrote that since her son's
birth, "he has been the light of my world."  (Ex. H at 020.)  She too
wrote of the changes in her son in the wake of defendant's abuse.
(Id.)  She explained that, as a parent,

> You do your best to monitor your child in every aspect to
> keep him safe.  ███  and I took great care to make sure
> that my son was always looked after by a family member.
> The one exception to his constant family supervision was at
> school.  As most parents do, we believed that school would
> be a safe space for my son . . ."

(Id. at 021.)  █████████████████████████████████████████████

███████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████████████████████████

2.    Defendant Brazenly Created Child Sexual Abuse Material Of Minor Victim 22 and 23 While The Children Were Changing

Defendant created an image of Minor Victim 22 entitled █.jpg" that depicts a closeup of Minor Victim 22's naked genitals as the focus of the image while defendant holds down the child's bathing suit.  (PSR ¶ 98.)  Minor Victim 22 was six years old at the time. (Id. ¶ 101.)  A chart providing a photograph of defendant's victims for ease of reference is attached hereto as **Exhibit I** at 023-28.

Defendant created an image of Minor Victim 23 entitled █.jpg" that depicts the child from the waist down wearing nothing but his socks and standing on his pants.  (Id. ¶ 99.)  The focus of the image is Minor Victim 23's exposed penis.  (Id.)  Minor Victim 23 was also six years old at the time. (Id. ¶ 101.)

While defendant was supposed to be caring for these children, he took full advantage of his short access to them to abuse and exploit them for his own benefit.  Whether as a sign of arrogance, a need to brag to other offenders about this access, or some other perverted incentive, he even took the short time with these victims to not only abuse them, but advertise his screen name and Website A.  Defendant took the picture below depicting Minor Victim 22 holding his sign.[17]



_____

[17]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**F.    Defendant Possessed More Than 100,000 Images Of Child Sexual Abuse Material**

At the time of defendant's arrest on May 28, 2017, he possessed more than 100,000 images of child pornography.  (Id. ¶ 103.)  The majority of the files defendant possessed depicted sexual acts involving the penetration of minors under the age of 12 and/or infants and toddlers, distinct from the minor victims of whom he created child sexual abuse material.  (Id. ¶ 102.)  As just an example, out of the 22 devices that were examined and detailed in the forensic report, on just one of the smaller devices (an 8 GB thumb drive), there was one folder called "New folder 2," which contained 7,170 images and 156 videos, almost all of which (if not all) were minors engaging in sexually explicit conduct.  (See id.)

Of the thousands of images and videos within just that folder on just that device, below are just a few examples of files found:

   •   A filename containing the words ████████████████ ████████████████████████████ is a 4 minute 24 second video which depicts an adult male's fingers and penis penetrating an infant girl's vagina.

   •   A filename containing the words ████████████ is a 4 minute 51 second video which depicts an adult male's penis anally penetrating a toddler.

   •   A filename containing the words ████████████████ ████ is a 6 minute 37 second video which depicts an adult male performing a variety of sexual assaults on a female toddler, including penetration of her vagina and anus with his penis and tongue.

1   (See id. ¶ 104.)[18]

2        Defendant's collection of hundreds of thousands of images and

3   videos of child sexual abuse material scattered and catalogued

4   throughout multiple digital devices was gathered from other offenders

5   and various internet sources.  His collection and consumption of

6   these files represent ongoing abuse to the individuals depicted.

7   Some of the identified victims have shared how the circulation of

8   these images and videos depicting their sexual abuse eternally

9   continues to affect their lives.  (True and correct copies of those

10  victim impact statements are attached as **Ex. K.**)[19]

11  **III.**  ███████████████████████████████████████████

12         ████████████████████████████████████████████████

13         ███████████████████████████████████████████

14         ██████████████████████████████████████

15  ██████████████████████████████████████████████

16  █████████████████████████████████████████████████

17  ████████████████████████████████████████████

18  ████████████████████████████████████████████

19  ████████████████████████████████████████████

20  ████████████████████████████████████████

21  ██████████████████████████████████████████████████

22  █████████████████

23      ████████████████████████████████████████████

24  ████████████████████████████████████████████████

25  ███████████████████████████████████████████████████

26

27  ――――――――――――――――――
    [18] A copy of the forensic report detailing these findings, along
    with others, is available for the Court's review upon request.

28     [19] The government may make a supplemental filing of a few
    additional VIS prior to the sentencing hearing.





**IV.   THE DEFENDANT'S TOTAL OFFENSE LEVEL IS 53, WHICH IS <u>UNDERSTATED</u>**

There is no agreement between the parties regarding the Guideline Calculations because defendant pleaded guilty without a

plea agreement.  The government agrees with the final calculation of the United States Probation & Pretrial Services Office ("USPPSO").

The government's Guideline calculations are attached hereto as **Exhibit J** at 029-36.  The government's Guideline calculations, which are nearly identical to the USPPSO[22], determine defendant's total offense level, prior to acceptance of responsibility, to be 56, 13 levels above the top offense level contemplated on the sentencing table.

Despite the high number, the total offense level actually underrepresents the defendant's criminal conduct in several ways. First, the Guidelines undercount defendant's conduct because he was only charged with one count of production per victim when he created, in many cases, numerous images per child.  Each of those images could have been a separate charge in the Second Superseding Indictment.  As such, the Guidelines, based on the conduct charged, does not begin to capture all of defendant's criminal conduct.  Second, for the counts that are charged, the Guidelines limit the total grouping that applies.  Specifically, pursuant to U.S.S.G. § 3D1.4, once the assigned "units" exceed five – there are no further increases in the offense level.  Defendant's convictions amount to 16 units to be grouped (PSR ¶ 323), but only five levels are actually added to his

---

[22] The government and USPPSO calculated the grouping rules under USSG Chapter 3D slightly differently, but ended with the same result. The government notes one error of USPPSO's guidelines calculation for Count 24.  (PSR ¶¶ 312-322).  Count 24 charges the defendant with a violation of 18 U.S.C. § 2252(a)(4)(B) and not 18 U.S.C. § 2252A(a)(4)(B).  As such, the Base Offense Level for this Count should be 18 (not 22 as indicated in PSR ¶ 312) and the Offense Level (Subtotal) should be 41 (not 45 as indicated in PSR ¶ 322).  Under the Multiple Count Adjustment, the group for Count 24 (Group 21) should receive ½ unit (not 1 unit as indicated in PSR ¶ 323), but the Total Number of Units is still 16 (as indicated in PSR ¶ 323).

offense level calculations.  This means that even if Harrell were only convicted of Counts 3, 4, 5, 7, and 8 (all offense level 46), his guidelines would still be 56.  In other words, defendant's convictions for Counts 1, 2, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, and 23 are not accounted for in his total offense level.  This also demonstrates that even if many of the enhancements did not apply, his total offense level would remain the same.

Additionally, the five levels that are added under U.S.S.G. § 4B1.5(b)(1) (PSR ¶¶ 327-330) only require two separate occasions of prohibited sexual conduct with a minor to apply.  Here, this enhancement understates the massive number of victims, extensive instances of abuse and exploitation, and the pervasive pattern of activity of sexual exploitation that the defendant engaged in over the course of years.

After acceptance of responsibility, defendant's Guideline level is 53. (See PSR ¶¶ 331-32; Ex. J at 036.)  Due to the application of Chapter 5, Part A (comment n.2), defendant's final offense level becomes 43.  (PSR ¶ 333; Ex. J at 036.)  Though the guidelines are truncated at 43 under the belief that conduct so egregious as to obtain a level above 43 would be a "rare instance," it is nonetheless significant that his total offense level of 43, or even 53, does not account for a large part of his conduct.

Defendant's criminal history category is I.  (PSR ¶ 339.) Pursuant to the Guidelines, with an offense level of 43 and a criminal history category of I, the applicable sentencing range is life imprisonment.

1  **V.   THE COURT SHOULD SENTENCE DEFENDANT TO LIFE IMPRISONMENT**

2       Defendant's total offense level, which is far below the offense

3  level that would actually reflect the severity of his conduct,

4  advises the Court to impose a sentence of life.  There is no reason

5  to vary or depart from the Guidelines here.  As detailed above and

6  recapped below, the nature and breadth of defendant's crimes are

7  almost beyond comprehension.  Defendant is a destroyer of children's

8  lives.  A destroyer of families.  Defendant is evil in human form and

9  he should never be released from prison.

10      **A.   The Crimes Here Are Evil**

11      Defendant abused twenty children and exploited countless others.

12  Defendant was a threat to any child he encountered, exploiting and

13  raping most of those that crossed his path.  He then had the gall to

14  claim that the victims were "giving" themselves to him – even though

15  some of his victims were not old enough to speak.  (See PSR ¶ 45,

16  describing defendant's post on Website A under "▇▇▇▇ 3YR ANAL FUN":

17  "There is nothing more special then when your boy makes the choice to

18  give himself to you.")  Defendant drove several hours with one of his

19  victims to "share" him with co-defendant Brinson and abuse two other

20  children Brinson "shared" with Harrell.  And after all of that,

21  defendant shared the material he created with like-minded pedophiles

22  online, ensuring that the abuse of his victims will live on in

23  perpetuity and prolonging their exploitation indefinitely.

24      1.   Defendant Abused Twenty Victims, Which Was Just About

25           Every Child To Whom He Could Gain Access

26      Defendant created sexual abuse material of **twenty victims** –

27  ranging in age from:

28      • Babies (Minor Victims 5, 8, and 10), to

30

- Toddlers (Minor Victims 6, 9, 11, 12, 18, and 19), to
- Kindergarten age (Minor Victims 3, 7, 13, 14, 15, 17, 20, 21, 22, and 23), to
- Nine years old (Minor Victim 16).

Indeed, defendant abused all but one of the children that attended the ██████████ daycare. (<u>See</u> Ex. E at 016.) Defendant abused the children that he babysat, often creating time to abuse the children by claiming that he wanted to give them time alone with him so they would feel "special." (Ex. A at 002.) And even though Minor Victim 8 was less than two years old, she would not stop crying the night after defendant babysat her. (Ex. D at 014.) Even though she could not say what had happened, she was trying to communicate her abuse.

Defendant's abuse of these young children and babies while they were in his care was also a cruelty he inflicted on their parents. As Minor Victim 3 and 12's father wrote, defendant "deceived us parents" that trusted and believed that defendant was "good people" trying to be there for his and other people's children. (Ex. B at 008.) Indeed, defendant held himself out as the "fun ██████ (Ex. A at 002.) And by abusing the children, defendant managed to destroy families. ████████████████████████████████████████
████████████████████████████████████████████

Defendant abused whole families of children, ████████████
███████████████████████████████
██ ███████████████
██ ████████████████
██ █████████████████████
██ ████████████████

1   The abuse of all the children in a family, stealing each child's
2   innocence, demonstrates defendant's voraciousness and depravity.
3   Defendant's cruelty cannot be overstated.

4       Beyond abusing the children that he babysat and that attended
5   the ███████████ daycare – turning these places into houses of
6   horror – defendant brazenly abused children on a kindergarten outing.
7   He created child sexual abuse material of three children, Minor
8   Victims 21, 22, and 23) that he had never met before and to whom he
9   only had a brief window of access.  This was days before his arrest.

10      It is hard to imagine what would have happened if law
11  enforcement had not arrested defendant when they did.  But for his
12  arrest, how many more children would defendant have tortured?

13          2.   Defendant's Abuse Involved Sexual Penetration Of
14               Babies And Degrading Exploitation

15      The cruelty to which the defendant subjected his victims in
16  order to create eternal recordings of defendant's sexual depravity
17  demonstrates that he is one of the worst of the worst offenders in
18  the world of sexual exploitation of minors.  Defendant repeatedly
19  manipulated caregivers of the victims to commit his offenses, and
20  violated the trust of both the victims and their families to a degree
21  that is difficult to contemplate.  Defendant accurately described
22  himself when he picked the moniker ████████████████

23      Defendant exploited his twenty victims in nearly every way
24  conceivable, including:

25      • Defendant "shared" a three-year old child with co-defendant
26        Brinson, who digitally penetrated the child's anus while
27        defendant orally copulated him.  (PSR ¶ 31.)

28

- Defendant abused victims together with co-defendant Brinson on multiple occasions. (Id. ¶¶  28-29, 33-34.)

- Defendant created lascivious exhibitions of children's genitals – often while having them pose with placards to advertise his "work" on Website A.  (e.g., PSR ¶¶ 93-94, 65, 67, 69-70, 77-79, 90, 98, 99.)

- Defendant fondled and masturbated little boys' penises.  (e.g., Id. ¶¶ 31, 34, 47, 51, 53, 87, 101.)

- Defendant orally copulated babies and children.  (e.g., Id. ¶ 31, 33, 41, 56, 59, 81, 84 )

- Defendant made at least one victim orally copulate defendant.  (Ex. A at 002.)

- Defendant penetrated infants' and toddlers' anuses and vaginas with his fingers and penis.  (e.g., Id. ¶¶ 33, 39, 45-46, 60, 64, 74.)

- Defendant ejaculated on a baby's vagina.  (Id. ¶ 39.)

Minor Victims 3 and 12's father is right to describe defendant as a monster.

### 3.   Defendant Shared Documentation Of The Abuse And Counseled Others About The Need To Avoid Identification By Law Enforcement

Defendant posted at least 155 times on Website A from the date he joined on February 12, 2016 until his arrest on May 28, 2017 – in short, he was an active member.  (Id. ¶ 21.)  In his first post, he indicated that he had been long searching for a website dedicated to the sexual exploitation of babies: "I just want to say Hi to the first fully functioning baby/tot community that I have ever come across since I have been on the web."  Defendant promised to make

33

1   lots of child sexual abuse material available and demonstrated in

2   early 2016, he was already engaging in this conduct for some time: "I

3   have tons of content to contribute since I have been at theis [sic] a

4   while."[23]

5       In his post on November 3, 2016, defendant explained that he is

6   active on other websites but that he would continue to post on

7   Website A: "I do not always post here but will forever remain on the

8   site I still wish to attract more fellow producers and contributors

9   to our community . . ." In that same post, defendant counseled the

10  other members of the site to take precautions against apprehension:

11  "we cannot delete from the internet so we live with the fear one day

12  we make [a] mistake and get caught . . ." (Id.) Defendant's post

13  shows his understanding that the evidence of his victims' abuse will

14  remain online forever.

15      Defendant made child sexual abuse material of at least Minor

16  Victims 14, 5, 6, and 10 available on Website A. (PSR ¶¶ 22, 25-27,

17  37, 45, 65.) Moreover, he created many images and either included

18  his moniker in the file name and/or included placards that referenced

19  his moniker or Website A. (Id. ¶¶ 32-33, 39, 51, 59, 93, 63-64, 69-

20  70, 74, 77-78, 90, 100, 97.) The images and videos found on

21  defendant's devices demonstrate that he often created child sexual

22  abuse material with his victims specifically for other individuals,

23  and received child sexual abuse material from them that was created

24  specifically for defendant. Many of the names that were included in

25  signs or filenames were recognized usernames of active members and

26

27      [23] Notably, defendant met co-defendants Brinson and Martinez
    through Website A. So any claim by defendant that he was pressured
28  to create content is rebutted by defendant's own representations
    here.

34

producers of child sexual abuse material from various boards devoted to the sexual exploitation of children on the anonymous network.

The defendant used his computer skills to distribute several of the resulting images and videos of his abusive actions to many other people on the dark web.  In doing so, he encouraged others to produce new child sexual abuse material - coaxing them to abuse children further and share the effects.  Defendant also counseled others on how to avoid law enforcement detection.  The trafficking and collection of child sexual abuse images of both his own creation and by others are horrific re-victimizations of the children depicted with every view and download, and defendant's actions helped ensure the files depicting several victims' rape and abuse will forever be part of the Internet's collection of child sexual abuse material in circulation among the worst offenders.

From his words and acts, it is evident that defendant distributed the images and videos of the abuse of his victims to fuel his sexual fantasies and gain praise for his activity from other pedophiles and child sexual abuse material collectors on the dark web.  By interacting with others on Website A, defendant was able to validate his disordered thinking that these highly personal betrayals were not harmful and to rationalize the idea that his criminal activity was not wrong and did not make him a bad person.  Website A also allowed defendant to receive additional child sexual abuse material from other offenders in return for the material he made available. Once produced, the endless circulation of the abuse material by those trying to bolster their collections or to justify additional abuse perpetuates the victims and their loved ones' pain and suffering.

35

1

### B.   Defendant's Characteristics

Defendant is twenty-six years old (id. ¶ 344) and had just turned twenty-three years old at the time of his arrest.  There is nothing in defendant's personal history that mitigates his conduct. He graduated high school, took some college level classes after graduation, and maintained a full-time job for several years.  (Id. ¶¶ 361-64.)  He self-acknowledges a sexual attraction to children since the age of 19 and a professional diagnosed him with Pedophilic Disorder.  (Id. ¶¶ 358, 354.)  The timing of his offenses suggests he engaged in the serial sexual exploitation of children from the moment of that self-realization until he was arrested.  His conduct demonstrates depravity and the willingness to put his own sexual needs over the interest and well-being of young children.  Further, his activity on the dark web demonstrates a level of sophistication and competence, both with committing his crimes and evading law enforcement through anonymization mechanisms.  There is nothing in defendant's history that should cause the Court to afford defendant any leniency.  There is no reason to believe the defendant would ever abandon fulfilling his sexual urges at the expense of children.

### C.   A Life Sentence Is The Only Way To Protect The Community From Defendant

The recommended Guideline sentence is life imprisonment.  The USPPO recommends life imprisonment.  (See DE 318, USPPSO Recommendation Letter, at 1.)  The government makes the same recommendation.  Indeed, there is no way to protect the community from this defendant other than incarceration given the number of victims that he had, what he did to them, and his brazenness in exploiting them.  Defendant is a diagnosed pedophile. ████

36

1 ██████████████████████████████████████████████

2 ████████████████████████████████████████████

3 ██████       It is clear from the nature and circumstances of

4 defendant's offenses that he was obsessively focused on fueling his

5 sexual desires by sexually exploiting many, many children in inhumane

6 ways and seeking out a vast collection of child sexual abuse

7 material.  As long as this defendant can draw air into his lungs, he

8 will be a danger to children.  The sentence imposed must provide a

9 just punishment, and must also promote respect for the law, and

10 adequately deter other like-minded individuals from acting on such an

11 all-consuming obsession.

12 **VI.   CONCLUSION**

13      The government requests that the Court impose a life sentence,

14 and a special assessment of $2,300, and lifetime supervised release.

15 The government further requests that the Court set over the

16 restitution portion of the sentencing for 90 days and make a

17 determination at that time regarding the special assessment for

18 Justice for Trafficking Victims.

19

20

21

22

23

24

25

26

27

28