# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No.: CR 17-00404(B)-AB | Date: February 18, 2022 |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

Interpreter: N/A

| V.R. Vallery for C. Badirian | Chia Mei Jui | Devon A. Myers / Lauren S. Kupersmith |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Arlan Wesley Harrell | √ | √ | | 1) Kim Savo, DFPD | √ | √ | |

**Proceedings:** SENTENCING (Non-Evidentiary)

Refer to separate Judgment Order.

Defendant informed of right to appeal.

|   |   |
|---|---|
|  1 | : 27 |

Initials of Deputy Clerk  VRV