TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER/CHRISTOPHER D. GRIGG
Assistant United States Attorneys
Chiefs, Criminal/National Security Divisions
KAREN I. MEYER (Cal Bar No. 220554)
DEVON MYERS (Cal. Bar No. 240031)
Assistant United States Attorney
VOCS/Cyber & IP Crimes Section
    1300/1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8559/0649
    Facsimile: (213) 894-2927
    E-mail:    devon.myers@usdoj.gov
              kim.meyer@usdoj.gov

LAUREN S. KUPERSMITH
KYLE P. REYNOLDS
Trial Attorneys
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
    1301 New York Avenue, NW
    Washington, DC 20005
    Telephone: (202) 514-1564
    Facsimile: (202) 514-1793
    Email:     lauren.kupersmith@usdoj.gov
              kyle.reynolds@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-404(B)-AB-1 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DISMISSING INDICTMENT AND FIRST SUPERSEDING INDICTMENT WITH PREJUDICE AS TO DEFENDANT ARLAN HARRELL ONLY, PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| ARLAN WESLEY HARRELL, et al., | |
| Defendants. | |

    Upon application of the government pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court HEREBY ORDERS that the

Indictment and First Superseding Indictment filed in this matter be dismissed with prejudice as to defendant ARLAN WESLEY HARRELL <u>only</u>.

 IT IS SO ORDERED.

March 10, 2022
DATE

THE HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

Presented by:

 /s/
DEVON MYERS
Assistant United States Attorney

2