# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Courtney Bradford | 2a. Contact Phone Number: (213) 894-4299 | 3a. Contact E-mail Address: Courtney_Bradford@fd.org |
| 1b. Attorney Name (if different): Kim Savo | 2b. Attorney Phone Number: (213) 894-7336 | 3b. Attorney E-mail Address: Kim_Savo@fd.org |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Kim Savo, DFPD (Bar No. 223197)
Office of the Federal Public Defender
321 E. 2nd Street
Los Angeles, CA 90012

**5. Name & Role of Party Represented:** Arlan Wesley Harrell, Defendant
**6. Case Name:** USA v Arlan Wesley Harrell
**7a. District Court Case Number:** CR 17-404-AB
**7b. Appeals Court Case Number:** 22-50035

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
- ☐ DIGITALLY RECORDED
- ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Debbie Hino-Spaan

**9. THIS TRANSCRIPT ORDER IS FOR:** ☒ Appeal  ☐ Non-Appeal   ☒ Criminal  ☐ Civil   ☐ CJA  ☐ USA  ☒ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/11/2019 | AB | Motions Hearing | ● | ○ | ○ | ○ | ○ | ○ | ● _____ | ORDINARY (30-day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** *CJA Orders: Explain necessity of non-appeal orders & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach add'l pages if needed).*

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: March 18, 2022   Signature: /s/ Kim Savo

G-120 (3/16)