```
              UNITED STATES DISTRICT COURT

              CENTRAL DISTRICT OF CALIFORNIA

                         ---

     HONORABLE JUDGE ANDRE BIROTTE, JR., JUDGE PRESIDING

                         ---



UNITED STATES OF AMERICA,           )
                                    )
                                    )
                                    )
             Plaintiff              )
                                    ) CR NO. 17-404
        VS                          )
                                    )
ARLAN WESLEY HARRELL,               )
JOHN RICHARD BRINSON, JR.,          )
                                    )
                                    )
             Defendants.            )
_____ )


            Reporter's Transcript of Proceedings
                     STATUS CONFERENCE
                  Los Angeles, California
                 FRIDAY, JANUARY 24, 2020
                        1:30 P.M.










              ANNE KIELWASSER, CRR, RPR, CSR
                 anne.kielwasser@yahoo.com
```

A P P E A R A N C E S

ON BEHALF OF THE UNITED STATES OF AMERICA:

**KAREN I MEYER** AUSA
Office of US Attorney
Violent and Organized Crime Section
312 North Spring Street
13th Floor
Los Angeles, CA 90012-4700
213-894-8559
Fax: 213-894-0141
Email: USACAC.Criminal@usdoj.gov


**LAUREN S KUPERSMITH**
US Department of Justice
Child Exploitation and Obscenity Section
1301 New York Avenue NW
Suite 1100
Washington, DC 20005
202-514-1564
Email: Lauren.kupersmith@usdoj.gov


ON BEHALF OF THE DEFENDANT HARRELL:


**KIM SAVO**
Federal Public Defenders Office
321 East 2nd Street
Los Angeles, CA 90012-4206
213-894-2854
Fax: 213-894-0081
Email: Kim_Savo@fd.org

ON BEHALF OF THE DEFENDANT BRINSON:


**GREGORY NICOLAYSEN**
Gregory Nicolaysen Law Offices
27240 Turnberry Lane
Suite 200
Valencia, CA 91355
818-970-7247
Fax: 661-252-6023
Email: Gregnicolaysen@aol.com

```
13:37:18   1    FRIDAY, JANUARY 24, 2020                              1:30 P.M.
           2                              ~ ~ ~
           3                        STATUS CONFERENCE
13:37:18   4                              ~ ~ ~
13:37:18   5           COURT CLERK:  Calling Item No. 7.  Case No. CR
13:37:24   6    17-00404-AB.  United States of America v. Harrell, et al.
13:37:24   7                  Counsel, please state your appearances for
13:37:27   8    the record.
13:37:27   9           MS. MYERS:  Good afternoon, Your Honor.  Devon
13:37:29  10    Myers on behalf of the United States.
13:37:31  11           MS. KUPERSMITH:  Along with Lauren Kupersmith on
13:37:35  12    behalf of the United States.
13:37:35  13           THE COURT:  All right.  Good afternoon.
13:37:35  14           MS. SAVO:  Good afternoon, Your Honor.  Kim Savo
13:37:38  15    from the Federal Public Defender.  I am substituting in as
13:37:41  16    counsel for my former colleague, Pedro Castillo, on behalf of
13:37:46  17    Mr. Harrell.
13:37:47  18           THE COURT:  All right, good afternoon to you both.
13:37:47  19           MR. NICOLAYSEN:  And good afternoon, Your Honor.
13:37:49  20    Gregory Nicolaysen, appearing as counsel for John Richard
13:37:52  21    Brinson, Jr.
13:37:53  22           THE COURT:  All right.  Good afternoon to you both
13:37:54  23    as well.
13:37:55  24           MS. SAVO:  Your Honor, may I make a request that
13:37:57  25    the courtroom be sealed of anyone who is not --
```

|  |  |
|---|---|
| 13:38:00 | 1 |
| 13:38:02 | 2 |
| 13:38:40 | 3 |
| 13:38:42 | 4 |
| 13:38:44 | 5 |
| 13:38:46 | 6 |
| 13:38:47 | 7 |
| 13:38:47 | 8 |
| 13:38:51 | 9 |
| 13:38:53 | 10 |
| 13:38:56 | 11 |
| 13:39:00 | 12 |
| 13:39:03 | 13 |
| 13:39:07 | 14 |
| 13:39:10 | 15 |
| 13:39:10 | 16 |
| 13:39:13 | 17 |
| 13:39:14 | 18 |
| 13:39:16 | 19 |
| 13:39:18 | 20 |
| 13:39:18 | 21 |
| 13:39:20 | 22 |
| 13:39:20 | 23 |
| 13:39:22 | 24 |
| 13:39:23 | 25 |

**THE COURT:** Let me have counsel approach at sidebar, please.

(Bench conference.)

**THE COURT:** The question I have: Are we going to be talking about the substance of the case? What's the concern about --

Because I thought we were going to be talking about this scheduling. Or am I incorrect?

**MS. SAVO:** I think the government is going to indicate that it intends to proceed with certain additional charge. I don't know if they're going to do that in generic language or not, or whether it's possible to do it in generic language or not. So, I can't say what --

**MS. MYERS:** I think we can agree to keep it generic.

**MS. SAVO:** Okay. In that case, it's fine.

**THE COURT:** Okay.

**MS. SAVO:** I just wasn't sure what would come out.

**THE COURT:** Okay. All right. Mr. Nicolaysen, any thoughts?

**MR. NICOLAYSEN:** Nothing of substance.

**THE COURT:** Okay.

**MR. NICOLAYSEN:** I will be objecting to the proceeding, but it will be generic.

**THE COURT:** Okay. All right. All right, so let's

UNITED STATES DISTRICT COURT

```
13:39:25   1    do this.  Thank you.
13:39:26   2              (In open court.)
13:39:38   3              THE COURT:  All right.  So, we're here for a
13:39:40   4    status conference today in large part because Ms. Savo is now
13:39:51   5    substituted in on this case.  I'm assuming, Ms. Savo, you
13:39:56   6    need some additional time in order to adequately prepare on
13:39:59   7    behalf of your client.  Would that be a fair statement?
13:40:02   8              MS. SAVO:  That is correct.  It's a lot of
13:40:05   9    discovery.  We have conferred, both Mr. Nicolaysen and I and
13:40:14  10    government counsel, and the parties are proposing --
13:40:17  11              Well, let me take that back.  I'm proposing,
13:40:20  12    and Mr. Nicolaysen agrees, to an August 4th date.  The
13:40:23  13    government I think is going to state an objection to a
13:40:25  14    continuance, but to the extent that the Court grants my
13:40:28  15    request, is amenable to an August 4th date.
13:40:33  16              THE COURT:  All right.  So, let me just check the
13:40:35  17    calendar here.
13:40:49  18              All right, unless you all want to pay for my
13:40:52  19    divorce lawyer, I'm not going to be able to do that on August
13:40:55  20    the 4th.  Let me just double-check.
13:41:06  21              Would August the 11th work?  Well, let's
13:41:12  22    start with defense counsel first, and then I'll hear from the
13:41:15  23    government.
13:41:15  24              MS. SAVO:  I think I might run into the same sorts
13:41:18  25    of family dynamics.  If we do it --
```

| | | |
|---|---|---|
| 13:41:22 | 1 | But let me say this.  The parties have |
| 13:41:25 | 2 | spoken, and to the extent this case is proceeding to trial, |
| 13:41:28 | 3 | and there is probably good reason to believe that it will, I |
| 13:41:34 | 4 | think we're reaching an understanding that we're likely to |
| 13:41:37 | 5 | waive jury, and I'm saying that because I think that really |
| 13:41:41 | 6 | helps with flexibility in terms of scheduling. |
| 13:41:46 | 7 | **THE COURT:**  Does that apply to both defendants? |
| 13:41:48 | 8 | **MR. NICOLAYSEN:**  It does, Your Honor.  I have |
| 13:41:50 | 9 | discussed it with Mr. Brinson, and there is a strong |
| 13:41:54 | 10 | likelihood that we will be filing for a jury and asking for a |
| 13:41:58 | 11 | status for that purpose. |
| 13:41:59 | 12 | **THE COURT:**  Okay. |
| 13:41:59 | 13 | **MS. SAVO:**  So, I'm saying that because what I -- |
| 13:42:01 | 14 | what I'm suggesting is, we could set it -- we could set it |
| 13:42:05 | 15 | for the 11th, and if we started on one particular day, but we |
| 13:42:11 | 16 | may then not have to continue, make it consecutive that |
| 13:42:16 | 17 | entire week. |
| 13:42:17 | 18 | **THE COURT:**  Right, but certainly if it's a bench |
| 13:42:19 | 19 | trial, I mean, we'll see what the government's position is as |
| 13:42:22 | 20 | it relates to that.  To the extent there is a bench trial, |
| 13:42:25 | 21 | that does give all parties a little bit of flexibility. |
| 13:42:29 | 22 | **MS. SAVO:**  So, having said that, then, if the 11th |
| 13:42:33 | 23 | works for the Court, then I think we could use that as a -- |
| 13:42:39 | 24 | sort of as a placeholder, at least as a starting place.  And |
| 13:42:44 | 25 | then once we have a definitive understanding with regard to |

```
13:42:49   1    jury waivers, then we could talk about whether or not we have
13:42:54   2    it consecutively all that week or do it on different days.
13:42:58   3              THE COURT:  All right.  Well, let's hear from the
13:43:00   4    government.
13:43:01   5              Look, you're in an unenviable position.  You
13:43:08   6    know, you want the trial to proceed as soon as possible, but
13:43:12   7    I think you also don't want to deal with an appellate issue
13:43:15   8    of ineffective assistance of counsel by, you know, having new
13:43:18   9    counsel come into this case.
13:43:21  10              How long has this case been pending now?
13:43:23  11    This is a '17 case, to have someone jump in year three.  I
13:43:26  12    think most folks would agree that some further time to
13:43:30  13    prepare for the case is appropriate.
13:43:33  14              But having said that, Ms. Myers, I want you
13:43:37  15    to state your position for the record.
13:43:38  16              MS. MYERS:  You did it very well, Your Honor.
13:43:41  17              THE COURT:  Thank you.  Even a broken clock is
13:43:45  18    right twice a day.
13:43:46  19              MS. MYERS:  The government does object to the
13:43:48  20    continuance.  We were preparing for the March 3rd trial.  I
13:43:52  21    believe it's March 3rd.  You know, we have attempted to
13:43:55  22    resolve this case.  I don't think it's going to resolve.
13:43:58  23              We do appreciate that there are in excess of
13:44:01  24    82000 pages of discovery that we have produced and Ms. Savo
13:44:06  25    is new to the case and that she has to become familiar with
```

```
13:44:08   1    the case in order to proceed to trial.
13:44:10   2                 We are willing to agree to this sort of one
13:44:15   3    final date over our objection.
13:44:19   4         THE COURT:  Well, then, you're not willing to
13:44:20   5    agree, then, right?
13:44:22   6         MS. MYERS:  Well, we'd like to, you know, to have
13:44:24   7    a date that works for everyone.  We'd even be willing to, you
13:44:28   8    know, I think October would probably be feasible as well, but
13:44:33   9    I think for the record to be clear, given the, you know --
13:44:39  10         THE COURT:  The government wants the trial to move
13:44:41  11    as quickly as possible and would prefer the March 3rd date;
13:44:46  12    if not, having this trial conducted as soon as possible in or
13:44:50  13    around that August date.
13:44:52  14         MS. MYERS:  And whatever date we choose to be the
13:44:54  15    final date, that we do in fact go through.
13:44:57  16         THE COURT:  All right.  Well, thank you for
13:44:59  17    stating your position.
13:45:00  18                 So, what I intend to do is, we're going to
13:45:03  19    continue the case to August the 11th, okay?  I'll let the
13:45:07  20    parties decide whether or not -- you'll figure out whether or
13:45:10  21    not it will be a bench trial or a jury trial.  Obviously, the
13:45:12  22    sooner you can come to that conclusion -- I should say --
13:45:16  23                 Let me restate that.  As soon as you come to
13:45:18  24    a decision in that regard, please let the Court know.
13:45:22  25                 But let me talk with Mr. Harrell and
```

```
13:45:26   1    Mr. Brinson.  Obviously -- I think we've talked about this in
13:45:31   2    the past.  Generally speaking, you have a right to have a
13:45:34   3    trial within 70 days of your initial appearance.  This case
13:45:39   4    has been going on for a long time, as you both know, because
13:45:41   5    your lawyers have needed additional time to prepare for -- to
13:45:46   6    prepare for the case.
13:45:47   7              Mr. Harrell, you just now -- you have new
13:45:51   8    counsel.  She needs time, as she indicated, or as was
13:45:54   9    indicated, I should say.  There is 82,000 pages of material
13:46:00  10    that she's going to need to review, discuss and prepare for
13:46:03  11    trial.
13:46:03  12              So, my question to you both is:  Are you okay
13:46:06  13    with continuing the trial to August the 11th for purposes of
13:46:13  14    allowing, in Mr. Harrell's case, more time for your lawyer to
13:46:18  15    prepare, and in Mr. Brinson, in your case, because you're
13:46:20  16    both charged as codefendants, at least at this juncture, I'm
13:46:24  17    not inclined to sever the trial, and so your case will go
13:46:27  18    along with Mr. Harrell's case.
13:46:29  19              And so, Mr. Harrell, are you okay with
13:46:30  20    continuing the trial to August 11th?
13:46:34  21         **DEFENDANT HARRELL:**  Yes, sir.
13:46:35  22         **THE COURT:**  And Mr. Brinson, are you okay with
13:46:37  23    continuing the trial till August the 11th?
13:46:37  24         **DEFENDANT BRINSON:**  Yes, sir.
13:46:38  25         **THE COURT:**  All right.  So, then, I'll ask the
```

13:46:40  1   parties to prepare a stipulation, just to dot our i's, cross
13:46:43  2   our t's.  Because we've got the oral waivers, to the extent
13:46:46  3   it's an inconvenience, I don't -- I'm not going to require
13:46:49  4   that you have, each of Mr. Herrall's and Mr. Brinson's
13:46:51  5   signature, but I'll leave that up to you ultimately.
13:46:53  6              So, we'll vacate --
13:46:56  7              I think we have a status conference of
13:47:00  8   February 20.  I don't think there is any need to have that
13:47:02  9   status conference at this time, but perhaps we should have a
13:47:05  10  status conference sometime in the summer just to ascertain
13:47:09  11  where we are and what's going forward.  So, I'm going to
13:47:12  12  propose a status conference.
13:47:16  13             **MS. MYERS:**  If I may, Your Honor --
13:47:18  14             **THE COURT:**  Yes.
13:47:18  15             **MS. MYERS:**  The government is planning to
13:47:20  16  supersede.
13:47:21  17             **THE COURT:**  Okay.  So, then we'll see each other
13:47:24  18  again.
13:47:25  19             **MS. MYERS:**  Yes, Your Honor.
13:47:25  20             **THE COURT:**  Okay.  All right, so, I'm not even
13:47:27  21  going to set a date for a status conference at this point.
13:47:31  22  But the trial is continued to August the 11th, and I'll just
13:47:36  23  ask the parties if we could submit a stipulation and time
13:47:40  24  waiver, if you could do that in the next week, it would be
13:47:43  25  appreciated, all right?

|          |                                                                         |
|----------|-------------------------------------------------------------------------|
| 13:47:43 1 | Mr. Nicolaysen? |
| 13:47:44 2 | **MR. NICOLAYSEN:** Your Honor, would it be |
| 13:47:45 3 | possible to have the arraignment on the superseding |
| 13:47:48 4 | indictment conducted here rather than the duty courtroom in |
| 13:47:51 5 | Roybal so that we can address schedule, and I could be |
| 13:47:56 6 | raising possible objections on the speedy trial grounds. |
| 13:47:58 7 | Now that it's a set for trial, a three-year |
| 13:48:01 8 | case, the government has objected to a continuance for March, |
| 13:48:04 9 | and now we're going to supersede -- |
| 13:48:04 10 | **THE COURT:** All right, so you're -- |
| 13:48:07 11 | **MR. NICOLAYSEN:** It's an argument for another day. |
| 13:48:09 12 | I understand that. But it will be helpful to be here at the |
| 13:48:11 13 | time of the arraignment on the superseding is being done -- |
| 13:48:15 14 | **THE COURT:** Any objection from the government in |
| 13:48:16 15 | that regard? |
| 13:48:16 16 | **MS. MYERS:** No, Your Honor. |
| 13:48:17 17 | **THE COURT:** All right. So, for you, |
| 13:48:19 18 | Mr. Nicolaysen, we'll accommodate you, all right? Okay. |
| 13:48:21 19 | **MR. NICOLAYSEN:** Thank you, Your Honor. |
| 13:48:24 20 | **THE COURT:** All right. Anything further from |
| 13:48:24 21 | either side of the case. From the government? |
| 13:48:25 22 | **MS. MYERS:** We'd agreed to some dates pretrial, |
| 13:48:28 23 | but I think we can just put those in the stipulations, Your |
| 13:48:31 24 | Honor. So I don't think that there is anything else I need |
| 13:48:33 25 | to raise with the Court. |

```
13:48:33   1              THE COURT:  All right.  Great.
13:48:34   2                   Any from the defense?  Ms. Savo?
13:48:35   3         MS. SAVO:  No, Your Honor.
13:48:36   4         THE COURT:  Mr. Nicolaysen?
13:48:36   5         MR. NICOLAYSEN:  No, Your Honor.
13:48:38   6         THE COURT:  All right, thank you all.
           7                         ~ ~ ~
           8                (Proceedings concluded.)
           9                         ~ ~ ~
          10
          11
          12
          13
          14
          15
          16
          17
          18
          19
          20
          21
          22
          23
          24
          25
```

C E R T I F I C A T E

I hereby certify that the foregoing is a true and correct transcript of the stenographically recorded proceedings in the above matter.

Fees charged for this transcript, less any circuit fee reduction and/or deposit, are in conformance with the regulations of the judicial conference of the united states.

/S/Anne Kielwasser

Anne Kielwasser, CSR, RPR
Official Court Reporter

4/5/2022
Date

1

| ' | 7 | argument [1] - 11:11<br>ARLAN [1] - 1:12<br>arraignment [2] - 11:3, 11:13<br>ascertain [1] - 10:10<br>assistance [1] - 7:8<br>assuming [1] - 5:5<br>attempted [1] - 7:21<br>Attorney [1] - 2:4<br>August [10] - 5:12, 5:15, 5:19, 5:21, 8:13, 8:19, 9:13, 9:20, 9:23, 10:22<br>AUSA [1] - 2:3<br>Avenue [1] - 2:10<br>**B**<br>become [1] - 7:25<br>behalf [4] - 3:10, 3:12, 3:16, 5:7<br>BEHALF [3] - 2:2, 2:14, 2:19<br>bench [3] - 6:18, 6:20, 8:21<br>Bench [1] - 4:3<br>BIROTTE [1] - 1:4<br>bit [1] - 6:21<br>Brinson [5] - 3:21, 6:9, 9:1, 9:15, 9:22<br>BRINSON [3] - 1:12, 2:19, 9:24<br>Brinson's [1] - 10:4<br>broken [1] - 7:17<br>**C**<br>CA [3] - 2:6, 2:17, 2:23<br>calendar [1] - 5:17<br>CALIFORNIA [1] - 1:2<br>California [1] - 1:17<br>case [20] - 4:5, 4:16, 5:5, 6:2, 7:9, 7:10, 7:11, 7:13, 7:22, 7:25, 8:1, 8:19, 9:3, 9:6, 9:14, 9:15, 9:17, 9:18, 11:8, 11:21<br>Case [1] - 3:5<br>Castillo [1] - 3:16<br>CENTRAL [1] - 1:2<br>certain [1] - 4:10<br>certainly [1] - 6:18<br>certify [1] - 13:2<br>charge [1] - 4:11<br>charged [2] - 9:16, 13:5<br>check [2] - 5:16, 5:20<br>Child [1] - 2:10 | choose [1] - 8:14<br>circuit [1] - 13:5<br>clear [1] - 8:9<br>CLERK [1] - 3:5<br>client [1] - 5:7<br>clock [1] - 7:17<br>codefendants [1] - 9:16<br>colleague [1] - 3:16<br>concern [1] - 4:6<br>concluded [1] - 12:8<br>conclusion [1] - 8:22<br>conducted [2] - 8:12, 11:4<br>conference [8] - 4:3, 5:4, 10:7, 10:9, 10:10, 10:12, 10:21, 13:7<br>CONFERENCE [2] - 1:17, 3:3<br>conferred [1] - 5:9<br>conformance [1] - 13:6<br>consecutive [1] - 6:16<br>consecutively [1] - 7:2<br>continuance [3] - 5:14, 7:20, 11:8<br>continue [2] - 6:16, 8:19<br>continued [1] - 10:22<br>continuing [3] - 9:13, 9:20, 9:23<br>correct [2] - 5:8, 13:2<br>Counsel [1] - 3:7<br>counsel [8] - 3:16, 3:20, 4:1, 5:10, 5:22, 7:8, 7:9, 9:8<br>COURT [33] - 1:1, 3:5, 3:13, 3:18, 3:22, 4:1, 4:4, 4:17, 4:19, 4:22, 4:25, 5:3, 5:16, 6:7, 6:12, 6:18, 7:3, 7:17, 8:4, 8:10, 8:16, 9:22, 9:25, 10:14, 10:17, 10:20, 11:10, 11:14, 11:17, 11:20, 12:1, 12:4, 12:6<br>court [1] - 5:2<br>Court [5] - 5:14, 6:23, 8:24, 11:25, 13:11<br>courtroom [2] - 3:25, 11:4<br>CR [2] - 1:10, 3:5<br>Crime [1] - 2:4<br>cross [1] - 10:1<br>CRR [1] - 1:25<br>CSR [2] - 1:25, 13:11 | **D**<br>Date [1] - 13:11<br>date [9] - 5:12, 5:15, 8:3, 8:7, 8:11, 8:13, 8:14, 8:15, 10:21<br>dates [1] - 11:22<br>days [2] - 7:2, 9:3<br>DC [1] - 2:11<br>deal [1] - 7:7<br>decide [1] - 8:20<br>decision [1] - 8:24<br>DEFENDANT [4] - 2:14, 2:19, 9:21, 9:24<br>defendants [2] - 1:14, 6:7<br>Defender [1] - 3:15<br>Defenders [1] - 2:16<br>defense [2] - 5:22, 12:2<br>definitive [1] - 6:25<br>Department [1] - 2:9<br>deposit [1] - 13:6<br>Devon [1] - 3:9<br>different [1] - 7:2<br>discovery [2] - 5:9, 7:24<br>discuss [1] - 9:10<br>discussed [1] - 6:9<br>DISTRICT [2] - 1:1, 1:2<br>divorce [1] - 5:19<br>done [1] - 11:13<br>dot [1] - 10:1<br>double [1] - 5:20<br>double-check [1] - 5:20<br>duty [1] - 11:4<br>dynamics [1] - 5:25<br>**E**<br>East [1] - 2:16<br>either [1] - 11:21<br>Email [4] - 2:7, 2:12, 2:18, 2:24<br>entire [1] - 6:17<br>et [1] - 3:6<br>excess [1] - 7:23<br>Exploitation [1] - 2:10<br>extent [4] - 5:14, 6:2, 6:20, 10:2<br>**F**<br>fact [1] - 8:15<br>fair [1] - 5:7 |
|---|---|---|---|---|
| '17 [1] - 7:11 | 7 [1] - 3:5<br>70 [1] - 9:3 | | | |
| **/** | **8** | | | |
| /S/Anne [1] - 13:10 | 818-970-7247 [1] - 2:23<br>82,000 [1] - 9:9<br>82000 [1] - 7:24 | | | |
| **1** | | | | |
| 1100 [1] - 2:11<br>11th [8] - 5:21, 6:15, 6:22, 8:19, 9:13, 9:20, 9:23, 10:22<br>1301 [1] - 2:10<br>13th [1] - 2:5<br>17-00404-AB [1] - 3:6<br>17-404 [1] - 1:10<br>1:30 [2] - 1:18, 3:1 | **9**<br>90012-4206 [1] - 2:17<br>90012-4700 [1] - 2:6<br>91355 [1] - 2:23 | | | |
| **2** | **A** | | | |
| 20 [1] - 10:8<br>200 [1] - 2:22<br>20005 [1] - 2:11<br>202-514-1564 [1] - 2:12<br>2020 [2] - 1:18, 3:1<br>213-894-0081 [1] - 2:18<br>213-894-0141 [1] - 2:7<br>213-894-2854 [1] - 2:17<br>213-894-8559 [1] - 2:6<br>24 [2] - 1:18, 3:1<br>27240 [1] - 2:22<br>2nd [1] - 2:16 | able [1] - 5:19<br>accommodate [1] - 11:18<br>additional [3] - 4:10, 5:6, 9:5<br>address [1] - 11:5<br>adequately [1] - 5:6<br>afternoon [6] - 3:9, 3:13, 3:14, 3:18, 3:19, 3:22<br>agree [4] - 4:14, 7:12, 8:2, 8:5<br>agreed [1] - 11:22<br>agrees [1] - 5:12<br>al [1] - 3:6<br>allowing [1] - 9:14<br>amenable [1] - 5:15<br>AMERICA [2] - 1:8, 2:2<br>America [1] - 3:6<br>ANDRE [1] - 1:4<br>Angeles [3] - 1:17, 2:6, 2:17<br>Anne [1] - 13:11<br>ANNE [1] - 1:25<br>anne.kielwasser@ yahoo.com [1] - 1:25<br>appearance [1] - 9:3<br>appearances [1] - 3:7<br>appearing [1] - 3:20<br>appellate [1] - 7:7<br>apply [1] - 6:7<br>appreciate [1] - 7:23<br>appreciated [1] - 10:25<br>approach [1] - 4:1<br>appropriate [1] - 7:13 | | | |
| **3** | | | | |
| 312 [1] - 2:5<br>321 [1] - 2:16<br>3rd [3] - 7:20, 7:21, 8:11 | | | | |
| **4** | | | | |
| 4/5/2022 [1] - 13:10<br>4th [3] - 5:12, 5:15, 5:20 | | | | |
| **6** | | | | |
| 661-252-6023 [1] - 2:24 | | | | |

| | | | | |
|---|---|---|---|---|
| **familiar** [1] - 7:25<br>**family** [1] - 5:25<br>**Fax** [3] - 2:7, 2:18, 2:24<br>**feasible** [1] - 8:8<br>**February** [1] - 10:8<br>**Federal** [2] - 2:16, 3:15<br>**fee** [1] - 13:5<br>**fees** [1] - 13:5<br>**figure** [1] - 8:20<br>**filing** [1] - 6:10<br>**final** [2] - 8:3, 8:15<br>**fine** [1] - 4:16<br>**first** [1] - 5:22<br>**flexibility** [2] - 6:6, 6:21<br>**Floor** [1] - 2:5<br>**folks** [1] - 7:12<br>**foregoing** [1] - 13:2<br>**former** [1] - 3:16<br>**forward** [1] - 10:11<br>**FRIDAY** [2] - 1:18, 3:1<br><br>**G**<br><br>**generally** [1] - 9:2<br>**generic** [4] - 4:11, 4:12, 4:15, 4:24<br>**given** [1] - 8:9<br>**government** [11] - 4:9, 5:10, 5:13, 5:23, 7:4, 7:19, 8:10, 10:15, 11:8, 11:14, 11:21<br>**government's** [1] - 6:19<br>**grants** [1] - 5:14<br>**great** [1] - 12:1<br>**gregnicolaysen@aol.com** [1] - 2:24<br>**GREGORY** [1] - 2:21<br>**Gregory** [2] - 2:21, 3:20<br>**grounds** [1] - 11:6<br><br>**H**<br><br>**HARRELL** [3] - 1:12, 2:14, 9:21<br>**Harrell** [5] - 3:6, 3:17, 8:25, 9:7, 9:19<br>**Harrell's** [2] - 9:14, 9:18<br>**hear** [2] - 5:22, 7:3<br>**helpful** [1] - 11:12<br>**helps** [1] - 6:6<br>**hereby** [1] - 13:2<br>**Herrall's** [1] - 10:4 | **Honor** [14] - 3:9, 3:14, 3:19, 3:24, 6:8, 7:16, 10:13, 10:19, 11:2, 11:16, 11:19, 11:24, 12:3, 12:5<br>**HONORABLE** [1] - 1:4<br><br>**I**<br><br>**i's** [1] - 10:1<br>**inclined** [1] - 9:17<br>**inconvenience** [1] - 10:3<br>**incorrect** [1] - 4:8<br>**indicate** [1] - 4:10<br>**indicated** [2] - 9:8, 9:9<br>**indictment** [1] - 11:4<br>**ineffective** [1] - 7:8<br>**initial** [1] - 9:3<br>**intend** [1] - 8:18<br>**intends** [1] - 4:10<br>**issue** [1] - 7:7<br>**Item** [1] - 3:5<br><br>**J**<br><br>**JANUARY** [2] - 1:18, 3:1<br>**John** [1] - 3:20<br>**JOHN** [1] - 1:12<br>**Jr** [1] - 3:21<br>**JR** [2] - 1:4, 1:12<br>**JUDGE** [2] - 1:4<br>**judicial** [1] - 13:7<br>**jump** [1] - 7:11<br>**juncture** [1] - 9:16<br>**jury** [4] - 6:5, 6:10, 7:1, 8:21<br>**Justice** [1] - 2:9<br><br>**K**<br><br>**KAREN** [1] - 2:3<br>**keep** [1] - 4:14<br>**Kielwasser** [2] - 13:10, 13:11<br>**KIELWASSER** [1] - 1:25<br>**Kim** [1] - 3:14<br>**KIM** [1] - 2:15<br>**Kim_Savo@fd.org** [1] - 2:18<br>**Kupersmith** [1] - 3:11<br>**KUPERSMITH** [2] - 2:9, 3:11 | **L**<br><br>**Lane** [1] - 2:22<br>**language** [2] - 4:12, 4:13<br>**large** [1] - 5:4<br>**LAUREN** [1] - 2:9<br>**Lauren** [1] - 3:11<br>**lauren.kupersmith@usdoj.gov** [1] - 2:12<br>**Law** [1] - 2:21<br>**lawyer** [2] - 5:19, 9:14<br>**lawyers** [1] - 9:5<br>**least** [2] - 6:24, 9:16<br>**leave** [1] - 10:5<br>**less** [1] - 13:5<br>**likelihood** [1] - 6:10<br>**likely** [1] - 6:4<br>**look** [1] - 7:5<br>**Los** [3] - 1:17, 2:6, 2:17<br><br>**M**<br><br>**March** [4] - 7:20, 7:21, 8:11, 11:8<br>**material** [1] - 9:9<br>**matter** [1] - 13:4<br>**mean** [1] - 6:19<br>**MEYER** [1] - 2:3<br>**might** [1] - 5:24<br>**most** [1] - 7:12<br>**move** [1] - 8:10<br>**MR** [8] - 3:19, 4:21, 4:23, 6:8, 11:2, 11:11, 11:19, 12:5<br>**MS** [22] - 3:9, 3:11, 3:14, 3:24, 4:9, 4:14, 4:16, 4:18, 5:8, 5:24, 6:13, 6:22, 7:16, 7:19, 8:6, 8:14, 10:13, 10:15, 10:19, 11:16, 11:22, 12:3<br>**MYERS** [11] - 3:9, 4:14, 7:16, 7:19, 8:6, 8:14, 10:13, 10:15, 10:19, 11:16, 11:22<br>**Myers** [2] - 3:10, 7:14<br><br>**N**<br><br>**need** [4] - 5:6, 9:10, 10:8, 11:24<br>**needed** [1] - 9:5<br>**needs** [1] - 9:8<br>**new** [3] - 7:8, 7:25, 9:7<br>**New** [1] - 2:10 | **next** [1] - 10:24<br>**NICOLAYSEN** [9] - 2:21, 3:19, 4:21, 4:23, 6:8, 11:2, 11:11, 11:19, 12:5<br>**Nicolaysen** [8] - 2:21, 3:20, 4:19, 5:9, 5:12, 11:1, 11:18, 12:4<br>**NO** [1] - 1:10<br>**North** [1] - 2:5<br>**nothing** [1] - 4:21<br>**NW** [1] - 2:10<br><br>**O**<br><br>**object** [1] - 7:19<br>**objected** [1] - 11:8<br>**objecting** [1] - 4:23<br>**objection** [3] - 5:13, 8:3, 11:14<br>**objections** [1] - 11:6<br>**Obscenity** [1] - 2:10<br>**obviously** [2] - 8:21, 9:1<br>**October** [1] - 8:8<br>**OF** [6] - 1:2, 1:8, 2:2, 2:14, 2:19<br>**Office** [2] - 2:4, 2:16<br>**Offices** [1] - 2:21<br>**official** [1] - 13:11<br>**ON** [3] - 2:2, 2:14, 2:19<br>**once** [1] - 6:25<br>**one** [2] - 6:15, 8:2<br>**open** [1] - 5:2<br>**oral** [1] - 10:2<br>**order** [2] - 5:6, 8:1<br>**Organized** [1] - 2:4<br><br>**P**<br><br>**P.M** [2] - 1:18, 3:1<br>**pages** [2] - 7:24, 9:9<br>**part** [1] - 5:4<br>**particular** [1] - 6:15<br>**parties** [6] - 5:10, 6:1, 6:21, 8:20, 10:1, 10:23<br>**past** [1] - 9:2<br>**pay** [1] - 5:18<br>**Pedro** [1] - 3:16<br>**pending** [1] - 7:10<br>**perhaps** [1] - 10:9<br>**place** [1] - 6:24<br>**placeholder** [1] - 6:24<br>**plaintiff** [1] - 1:10<br>**planning** [1] - 10:15<br>**point** [1] - 10:21<br>**position** [4] - 6:19, | 7:5, 7:15, 8:17<br>**possible** [6] - 4:12, 7:6, 8:11, 8:12, 11:3, 11:6<br>**prefer** [1] - 8:11<br>**prepare** [7] - 5:6, 7:13, 9:5, 9:6, 9:10, 9:15, 10:1<br>**preparing** [1] - 7:20<br>**PRESIDING** [1] - 1:4<br>**pretrial** [1] - 11:22<br>**proceed** [3] - 4:10, 7:6, 8:1<br>**proceeding** [2] - 4:24, 6:2<br>**Proceedings** [1] - 1:16<br>**proceedings** [2] - 12:8, 13:3<br>**produced** [1] - 7:24<br>**propose** [1] - 10:12<br>**proposing** [2] - 5:10, 5:11<br>**Public** [2] - 2:16, 3:15<br>**purpose** [1] - 6:11<br>**purposes** [1] - 9:13<br>**put** [1] - 11:23<br><br>**Q**<br><br>**quickly** [1] - 8:11<br><br>**R**<br><br>**raise** [1] - 11:25<br>**raising** [1] - 11:6<br>**rather** [1] - 11:4<br>**reaching** [1] - 6:4<br>**really** [1] - 6:5<br>**reason** [1] - 6:3<br>**record** [3] - 3:8, 7:15, 8:9<br>**recorded** [1] - 13:3<br>**reduction** [1] - 13:6<br>**regard** [3] - 6:25, 8:24, 11:15<br>**regulations** [1] - 13:7<br>**relates** [1] - 6:20<br>**Reporter** [1] - 13:11<br>**Reporter's** [1] - 1:16<br>**request** [2] - 3:24, 5:15<br>**require** [1] - 10:3<br>**resolve** [2] - 7:22<br>**restate** [1] - 8:23<br>**review** [1] - 9:10<br>**Richard** [1] - 3:20<br>**RICHARD** [1] - 1:12 |

**Roybal** [1] - 11:5
**RPR** [2] - 1:25, 13:11
**run** [1] - 5:24

### S

**SAVO** [11] - 2:15, 3:14, 3:24, 4:9, 4:16, 4:18, 5:8, 5:24, 6:13, 6:22, 12:3
**Savo** [5] - 3:14, 5:4, 5:5, 7:24, 12:2
**schedule** [1] - 11:5
**scheduling** [2] - 4:8, 6:6
**sealed** [1] - 3:25
**Section** [2] - 2:4, 2:10
**see** [2] - 6:19, 10:17
**set** [4] - 6:14, 10:21, 11:7
**sever** [1] - 9:17
**side** [1] - 11:21
**sidebar** [1] - 4:2
**signature** [1] - 10:5
**someone** [1] - 7:11
**sometime** [1] - 10:10
**soon** [3] - 7:6, 8:12, 8:23
**sooner** [1] - 8:22
**sort** [2] - 6:24, 8:2
**sorts** [1] - 5:24
**speaking** [1] - 9:2
**speedy** [1] - 11:6
**spoken** [1] - 6:2
**Spring** [1] - 2:5
**start** [1] - 5:22
**started** [1] - 6:15
**starting** [1] - 6:24
**state** [3] - 3:7, 5:13, 7:15
**statement** [1] - 5:7
**states** [1] - 13:7
**STATES** [3] - 1:1, 1:8, 2:2
**States** [3] - 3:6, 3:10, 3:12
**stating** [1] - 8:17
**status** [7] - 5:4, 6:11, 10:7, 10:9, 10:10, 10:12, 10:21
**STATUS** [2] - 1:17, 3:3
**stenographically** [1] - 13:3
**stipulation** [2] - 10:1, 10:23
**stipulations** [1] - 11:23
**Street** [2] - 2:5, 2:16
**strong** [1] - 6:9

**submit** [1] - 10:23
**substance** [2] - 4:5, 4:21
**substituted** [1] - 5:5
**substituting** [1] - 3:15
**suggesting** [1] - 6:14
**Suite** [2] - 2:11, 2:22
**summer** [1] - 10:10
**supersede** [2] - 10:16, 11:9
**superseding** [2] - 11:3, 11:13

### T

**t's** [1] - 10:2
**terms** [1] - 6:6
**THE** [34] - 2:2, 2:14, 2:19, 3:13, 3:18, 3:22, 4:1, 4:4, 4:17, 4:19, 4:22, 4:25, 5:3, 5:16, 6:7, 6:12, 6:18, 7:3, 7:17, 8:4, 8:10, 8:16, 9:22, 9:25, 10:14, 10:17, 10:20, 11:10, 11:14, 11:17, 11:20, 12:1, 12:4, 12:6
**thoughts** [1] - 4:20
**three** [2] - 7:11, 11:7
**three-year** [1] - 11:7
**today** [1] - 5:4
**Transcript** [1] - 1:16
**transcript** [2] - 13:3, 13:5
**trial** [19] - 6:2, 6:19, 6:20, 7:6, 7:20, 8:1, 8:10, 8:12, 8:21, 9:3, 9:11, 9:13, 9:17, 9:20, 9:23, 10:22, 11:6, 11:7
**true** [1] - 13:2
**Turnberry** [1] - 2:22
**twice** [1] - 7:18

### U

**ultimately** [1] - 10:5
**unenviable** [1] - 7:5
**united** [1] - 13:7
**UNITED** [3] - 1:1, 1:8, 2:2
**United** [3] - 3:6, 3:10, 3:12
**unless** [1] - 5:18
**up** [1] - 10:5
**US** [2] - 2:4, 2:9
**USACAC.Criminal@**

**usdoj.gov** [1] - 2:7

### V

**vacate** [1] - 10:6
**Valencia** [1] - 2:23
**Violent** [1] - 2:4
**vS** [1] - 1:11

### W

**waive** [1] - 6:5
**waiver** [1] - 10:24
**waivers** [2] - 7:1, 10:2
**wants** [1] - 8:10
**Washington** [1] - 2:11
**week** [3] - 6:17, 7:2, 10:24
**WESLEY** [1] - 1:12
**willing** [3] - 8:2, 8:4, 8:7
**works** [2] - 6:23, 8:7

### Y

**year** [2] - 7:11, 11:7
**York** [1] - 2:10