**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

**HONORABLE ANDRE BIROTTE, JR., U.S. DISTRICT JUDGE**

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )   CERTIFIED TRANSCRIPT
                              )
     vs.                      )
                              )   Case No.
ARLAN WESLEY HARRELL,         )   2:17-cr-00404-AB-1
KEITH ALLEN LAWNICZAK,        )
JOHN RICHARD BRINSON, JR.,    )
                              )
            Defendants.       )
                              )
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

MOTION HEARING

FRIDAY, OCTOBER 11, 2019

2:18 P.M.

LOS ANGELES, CALIFORNIA

**DEBBIE HINO-SPAAN, CSR 7953, CRR**
FEDERAL OFFICIAL COURT REPORTER
411 WEST 4TH STREET, ROOM 1-053
SANTA ANA, CA 92701
dhinospaan@yahoo.com

**UNITED STATES DISTRICT COURT**

**APPEARANCES OF COUNSEL:**

**FOR PLAINTIFF:**

    TRACY L. WILKISON
    Acting United States Attorney
    BY:  DEVON A. MYERS
        Assistant United States Attorney
    312 North Spring Street
    15th Floor
    Los Angeles, California 90012
    213-894-0649
    devon.myers@usdoj.gov

    U.S. DEPARTMENT OF JUSTICE
    BY:  LAUREN S. KUPERSMITH
        Assistant United States Attorney
    1301 New York Avenue NW
    Suite 1100
    Washington, D.C. 20530
    202-616-2842
    Kyle.reynolds@usdoj.gov

**FOR DEFENDANT ARLAN WESLEY HARRELL:**

    CUAUHTÉMOC ORTEGA, FEDERAL PUBLIC DEFENDER
    BY:  PEDRO V. CASTILLO
        Deputy Federal Public Defender
    321 East 2nd Street
    Los Angeles, California 90012
    213-894-2980
    zzCAC_FPD_Document_Receiving@fd.org

**FOR DEFENDANT KEITH ALLEN LAWNICZAK:**

    LAW OFFICE OF THOMAS NISHI
    BY:  THOMAS NISHI, ESQ.
    6475 East Pacific Coast Highway
    Suite 535
    Long Beach, California 90803
    562-248-2509
    tommy5850@aol.com

**APPEARANCES OF COUNSEL**
**(Continued:)**

**FOR DEFENDANT JOHN RICHARD BRINSON, JR.:**

    GREGORY NICOLAYSEN LAW OFFICES
    BY:  GREGORY NICOLAYSEN, ESQ.
       (Appearing telephonically)
    27240 Turnberry Lane
    Suite 200
    Valencia, California 91355
    818-970-7247
    gregnicolaysen@aol.com

Case 2:17-cr-00404-AB Document 409 Filed 04/23/22 Page 4 of 11 Page ID #:3834

4

**LOS ANGELES, CALIFORNIA; FRIDAY, OCTOBER 11, 2019**

**2:18 P.M.**

- - -

02:18PM   THE COURTROOM DEPUTY: Calling Criminal Case 17-404, *United States of America vs. Arlan Wesley Harrell, John Richard Brinson, Jr., and Keith Allen Lawniczak.*

Counsel, please come forward and state your appearances.

02:19PM   MS. MYERS: Good afternoon, Your Honor. Devon Myers on behalf of the United States.

MS. KUPERSMITH: Along with Lauren Kupersmith on behalf of the United States.

MR. CASTILLO: Good afternoon as well, Your Honor. 02:19PM Pedro Castillo on behalf of Arlan Wesley Harrell, who's present -- he's not present. Soon he will be. He is in custody, Your Honor.

MR. NISHI: Thomas Nishi on behalf of Keith Lawniczak, who is not present. I assume he will be brought up 02:19PM shortly.

THE COURT: All right. I need to have counsel approach at sidebar.

**(Sidebar discussion:)**

THE COURT: All right. So I'm probably going to get 02:19PM everyone here upset. Here's the situation. Lawniczak was not

**UNITED STATES DISTRICT COURT**

1   brought here today.  We have Nicolaysen on the phone.
2           I'm going to be candid with you all.  I do not feel
3   comfortable going forward with this proceeding now with bits
4   and pieces.  I just don't feel comfortable with it.  I
5   recognize that we have victims here.  It's not my intention to
6   cause anyone harm, but, because of the fires, I guess they
7   can't get them here.  The earliest they can get them here is
8   maybe 4:00.  And you got this situation with Nicolaysen, with
9   the fires.
10          And so my proposal is to continue the matter.  I'll
11  allow the parties to state their objections.  Apologies
12  profusely to the victims that are here.  It's just -- I have
13  some real heartburn about going forward in a piecemeal
14  manner -- just some irony, particularly the fact there's a
15  motion for severance -- of doing the hearing without --
16  Lawniczak not being here.  I don't feel comfortable.
17          So I want to let you all know that, again, you all
18  need to do what you need to do for the record, and I'm not
19  going to take offense.  But I want them -- just want to let you
20  know where I'm coming from.
21          I just worry about in a case like this, at least
22  from my -- I'm looking from my vantage, I want to avoid as many
23  issues as possible, and I worry about having hearings
24  piecemeal.  Lawniczak not being here, Nicolaysen on the phone,
25  it doesn't -- my Spidey senses tell me this is probably not the

```
 1  right thing to do.
 2          So -- but if you want to say something right now,
 3  feel free.  If not, you can state whatever objections you want
 4  to lodge on the record.
 5          MR. NISHI:  What date was the Court thinking?
 6          THE COURT:  Thank you for reminding me.  I was going
 7  to pick whatever date is convenient to you all, quite frankly.
 8  We can do it -- doesn't have to be on a Friday.  We can pick a
 9  day during the week.
10          MR. NISHI:  Didn't the Court set the 15th for --
11          MS. MYERS:  I think the 17th, Thursday, 9:00 a.m.
12  If that works for you all.
13          MR. CASTILLO:  It works for me.  And I was going to
14  say, on behalf of Ms. Harrell -- I jumped the gun and notified
15  the mother.  She's not here.  She's been here for every court
16  proceeding; so I would be in favor of a continuance.
17          MR. NISHI:  The 17th is --
18          THE COURT:  Ms. Kupersmith, is there anything you
19  want to say?
20          MS. KUPERSMITH:  No, Your Honor.  To the extent the
21  Court is going to address the victims, they're not in the room
22  right now, but we would ask for a chance to get them.
23          THE COURT:  Unless you don't want me to.  But I
24  think it's only appropriate that they can blame me and not you
25  all.
```

```
 1              MS. MYERS:  It's been a messy day between the fires
 2   and the transport and confusion.  We understand.
 3              THE COURT:  Total aside, I have a jury that I'm
 4   supposed to do phase 2 of a civil rights trial on top of it
 5   all.
 6              MR. NISHI:  Do we have a time?
 7              THE COURT:  Who's the change of plea in front of?
 8              MR. NISHI:  Phillips.
 9              THE COURT:  So we can do it at 10:00.
10              MR. NISHI:  Yeah.
11              THE COURT:  Does that work for the Government?  And
12   you're traveling from D.C.?
13              MS. KUPERSMITH:  I am, Your Honor.
14              THE COURT:  You're racking up frequent flier miles.
15   So, again, my apologies.
16              Okay.  So do we want to bring out the defendants in
17   order to continue it?  Or I think we probably should -- are
18   they here?
19              U.S. MARSHAL:  Yes.  Two.
20              THE COURT:  Let's bring out the two that are here,
21   and I'll state everything on the record.  And in that time
22   period you can get the victims.
23              **(Sidebar concluded.)**
24              THE COURTROOM DEPUTY:  Recalling Criminal
25   Case 17-404, Arlan Wesley Harrell, John Richard Brinson, and
```

1   Keith Allen Lawniczak.
2             **(Brief interruption.)**
3             THE COURT: All right. Let's -- we're going to
4   proceed, and I'll have my courtroom deputy communicate with
5   Mr. Nicolaysen. So let's just get everything out in the open
6   here. So it's been -- Mother Nature and other circumstances
7   have really impacted today's proceedings.
8             Mr. Harrell -- Mr. Harrell, you're here with
9   Mr. Castillo.
10            Mr. Brinson, you're here, but your lawyer is not
11  here, okay? Because of the fires that are going on, he's
12  basically unable to be here.
13            And Mr. Lawniczak was not able to be here because of
14  the fires and the transport. And so -- and now we cannot get
15  ahold of Mr. Harrell's lawyer because his cell phone -- I
16  assume that's being impacted by his location and the fires
17  there.
18            I'm going to be candid with everyone here, and I
19  know there are a lot of people here for this hearing. I do not
20  feel comfortable proceeding with this hearing with one
21  defendant not here; another defendant here, his lawyer not
22  being here. To be fair to the entire process, I think all
23  defendants and their counsel need to be here.
24            I recognize there are family members and other --
25  family members, victims that have traveled, taken the day off.

My profuse apologies. These are the circumstances that we're dealing with.

And so I'm proposing continuing this matter until next -- I believe it's Thursday, the 17th, at 10:00 a.m., with the hopes that Mother Nature will not get in the way, and we will have everyone here and we can have a discussion and litigate these important motions before we proceed to trial.

Again, to those that have been here today, my sincere apologies. This is not something that -- I don't think anyone could have anticipated. But, again, to be respectful of the entire process and all the parties involved, I don't feel comfortable proceeding without the lawyers here and, certainly, the defendant here where he has a motion that's pending.

So if either side wishes to make any objections or statements on the record, they may do so now. If not, that's fine.

I'll start with the Government. Anything you wish to add?

MS. MYERS: No, Your Honor.

THE COURT: Anything from Mr. Castillo?

MR. CASTILLO: No, Your Honor.

THE COURT: Mr. Nishi?

MR. NISHI: No, Your Honor.

THE COURT: All right. So then I will see you all back on October 17th, 10:00 a.m. I will make sure my calendar

1 is clear so that we can devote the time and attention that's
2 needed for this hearing.  All right.  Thank you.
3 **(Proceedings concluded at 2:29 p.m.)**
4 --oOo--

1  *CERTIFICATE OF OFFICIAL REPORTER*

2

3  COUNTY OF LOS ANGELES   )
                           )
4  STATE OF CALIFORNIA     )

5        I, DEBBIE HINO-SPAAN, FEDERAL OFFICIAL REALTIME

6  COURT REPORTER, in and for the United States District Court for

7  the Central District of California, do hereby certify that

8  pursuant to Section 753, Title 28, United States Code that the

9  foregoing is a true and correct transcript of the

10 stenographically reported proceedings held in the

11 above-entitled matter and that the transcript page format is in

12 conformance with the regulations of the Judicial Conference of

13 the United States.

14

15 *Date:  April 23, 2022*

16

17

18

19                              /S/ DEBBIE HINO-SPAAN

20                              *Debbie Hino-Spaan, CSR No. 7953*
                                *Federal Official Court Reporter*
21

22

23

24

25

**UNITED STATES DISTRICT COURT**