Margaret A. Farrand (Bar No. 235295)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012
(213) 894-7528

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 17-CR-404-AB |
| v. | |
| Arlan Wesley Harrell | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

(1) DEFENDANT ARLAN HARRELL'S UNOPPOSED EX PARTE APPLICATION TO SEAL TRANSCRIPTS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF COUNSEL
(2) PROOF OF SERVICE FOR EX PARTE APPLICATION
(3) [PROPOSED] ORDER
(4) PROOF OF SERVICE FOR [PROPOSED] ORDER
(5) UNDER SEAL DOCUMENTS

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

August 18, 2022                             s/ Margaret A. Farrand
Date                                        Attorney Name
                                            Defendant Arlan Wesley Harrell
                                            Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                 **NOTICE OF MANUAL FILING OR LODGING**