UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 23 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff-Appellee,<br><br> v.<br><br>ARLAN WESLEY HARRELL, AKA<br>Fritters, AKA Kronos, AKA Soole, AKA<br>The Dread King,<br><br>             Defendant-Appellant. | No.   22-50035<br><br>D.C. No. 2:17-cr-00404-AB-1<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before:  Lisa B. Fitzgerald, Appellate Commissioner.

Appellant's unopposed motion (Docket Entry No. 10) to file under seal the motion to seal, the opening brief, and the single-volume excerpts of record is granted. *See* 9th Cir. R. 27-13. The Clerk will file under seal the motion to seal (Docket Entry No. 10-1), the opening brief (Docket Entry No. 10-2) and the excerpts of record (Docket Entry No. 10-3).

The existing briefing schedule remains in effect.