UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 14 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

        Plaintiff-Appellee,

 v.

ARLAN WESLEY HARRELL, AKA
Fritters, AKA Kronos, AKA Soole, AKA
The Dread King,

        Defendant-Appellant.

No.   22-50035

D.C. No. 2:17-cr-00404-AB-1
Central District of California,
Los Angeles

ORDER

Before:  Lisa B. Fitzgerald, Appellate Commissioner.

Appellee's unopposed motion (Docket Entry No. 22) to file under seal the

motion to seal and the answering brief is granted.  *See* 9th Cir. R. 27-13.

The Clerk will file under seal the motion to seal (Docket Entry No. 22-1)

and the answering brief (Docket Entry No. 22-2).

The existing briefing schedule remains in effect.