United States Attorney's Office
DEVON MYERS (CBN 240031)
Assistant United States Attorney
Deputy Chief, General Crimes Section
(p)213-894-0649; (f)213-894-0141 devon.myers@usdoj.gov

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 17-0404(A)-AB-1 |
| v. | |
| ARLAN WESLEY HARRELL, et al., | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  (**List Documents**)

EX PARTE APPLICATION FOR ORDER OF SEALING THE GOVERNMENT'S EX PARTE APPLICATION FOR RESTITUTION FOR DEFENDANT ARLAN WESLEY HARRELL; [PROPOSED] ORDER SEALING DOCUMENT;

EX PARTE APPLICATION FOR ORDER OF RESTITUTION REGARDING DEFENDANT ARLAN WESLEY HARRELL; DECLARATION OF DEVON MYERS; EXHIBITS 1-3; [PROPOSED] ORDER FOR RESTITUTION REGARDING DEFENDANT ARLAN WESLEY HARRELL

PROOF OF SERVICE

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

| November 27, 2023 | Devon Myers |
|---|---|
| Date | Attorney Name |
| | UNITED STATES OF AMERICA |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                     **NOTICE OF MANUAL FILING OR LODGING**